**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

[Proposed] Counsel for Debtor
Ynez Shops LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

In re:

YNEZ SHOPS LLC,

Debtor.

Case No.: 8:26-bk-10693-SC

Chapter: 11

**AMENDED APPLICATION TO EMPLOY RAINES FELDMAN LITTRELL LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE APRIL 15, 2026; STATEMENT OF DISINTERESTEDNESS OF KYRA E. ANDRASSY; AND DECLARATION OF HOWARD GROBSTEIN IN SUPPORT THEREOF**

[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1) and 9013-1(o)]

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Ynez Shops LLC, the debtor and debtor-in-possession (the "**Debtor**"), hereby requests authorization to employ Raines Feldman Littrell LLP ("**RFL**" or the "**Firm**") as its general bankruptcy counsel (the "**Application**") in the above-captioned bankruptcy case pursuant to 11 U.S.C. § 327, effective as of April 15, 2026. In support of the Application, the Debtor

submits the attached *Statement of Disinterestedness* and the attached declaration of Howard Grobstein, and respectfully represents as follows.

## I. BACKGROUND

On March 3, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated. On April 15, 2026, RFL substituted in as counsel for the Debtor.

This is a single asset real estate case involving a retail shopping center located at 27520, 7576, 27644, and 67648 Ynez Road and 29640 Rancho California Road in Temecula, California (the "Property"). Pro Temecula Town Center, LLC, a debtor in a separate case before this Court, owns the remaining parcels that comprise the shopping center. Nano Banc, the Debtor's secured lender, obtained an appraisal of the Property (the portion owned by the Debtor) in December 2024 that appraised it in as-is condition at $37,460,000. Nano Banc is owed approximately $23,528,000. The Debtor understands that there are various code violations that will require immediate attention. Howard Grobstein has been appointed as manager of the Debtor and will continue to serve in that capacity unless removed by this Court or the Debtor's case is dismissed or closed.

Prepetition, Nano Banc commenced nonjudicial foreclosure proceedings and also sued the Debtor in Orange County Superior Court. The Debtor filed this case to avoid losing the Property at a foreclosure sale.

On behalf of the Debtor, Mr. Grobstein will evaluate the best route forward, which likely consists of either a refinancing of the existing loan, a restructuring of it, or a sale of the Property. The Debtor is in discussions with Nano Banc and other parties in interest regarding the path forward and regarding the use of cash collateral for an interim period.

## II. PROPOSED EMPLOYMENT

The Debtor seeks to employ RFL as its general bankruptcy counsel to:

1. Advise the Debtor with respect to the requirements and provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, U.S. Trustee Guidelines, and other applicable requirements that may affect the Debtor;

2. Assist the Debtor in preparing and filing any necessary amendments to its schedules and statement of financial affairs, complying with and fulfilling U.S. Trustee requirements, and preparing other documents as may be required after the initial filing of the chapter 11 case;

3. Assist the Debtor with the identification and recovery of property of the estate;

4. Assist the Debtor with refinance of the loans or a sale of the Property;

5. Assist the Debtor in the preparation of a disclosure statement and formulation of a chapter 11 plan of reorganization or, if appropriate, seeking a structured dismissal of the case;

6. Advise the Debtor concerning the rights and remedies of the estate and the Debtor in regard to adversary proceedings that may be removed to, or initiated in, the Bankruptcy Court;

7. Represent the Debtor in any proceeding or hearing in the Bankruptcy Court in any action where the rights of the estates or the Debtor may be litigated or affected; and

8. Provide such other services as may be necessary or otherwise arise during the pendency of this case.

## III. THE FIRM'S QUALIFICATIONS

The Firm's attorneys are comprised of highly-experienced attorneys across multiple practice areas from some of the nation's biggest and most elite law firms. The Firm has approximately 104 attorneys with offices in Los Angeles, Newport Beach, New York, Chicago, Delaware, Boca Raton, and Pittsburgh. The Firm has a large and diversified legal practice which, among other areas, encompasses insolvency, reorganization, and bankruptcy

law, and the Firm is well-qualified to represent the Debtor. All attorneys comprising or associated with the Firm who will render services for the Debtor are duly admitted to practice in the courts of the State of California and in the United States District Court for the Central District of California. Copies of the professional biographies of the attorneys working on this case are collectively attached as **Exhibit "1."**

## IV. <u>TERMS OF PROPOSED EMPLOYMENT</u>

The terms of employment of the Firm agreed to by the Debtor, subject to approval of the Court, are as follows:

### A. <u>Hourly Fees</u>

The Firm will undertake representation of the Debtor at an hourly rate of between $465.00 and $1,575.00, depending on the experience and expertise of the attorney or paralegal performing the work. The partner supervising the case will be Kyra E. Andrassy, whose hourly rate is $850.00. As much as possible, the Firm will delegate work to Robert Yan, counsel in the New York office whose hourly rate is $795.00, and Stephen M. Mott, an associate in the Newport Beach office whose hourly rate is $595.00, and paralegals Bambi Clark and Connie-Marie Santiago, whose hourly rates are $495.00 and $325.00, respectively. However, the Firm reserves the right to have other attorneys of the Firm perform work in this case, as the Firm deems appropriate. The Firm's hourly rates are subject to annual adjustment.

### B. <u>Retainer</u>

The Firm did not receive a retainer in this case.

## V. <u>THE FIRM IS DISINTERESTED AND DOES NOT HOLD OR REPRESENT ANY INTEREST ADVERSE TO THE ESTATE</u>

"Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under

this title." 11 U.S.C. § 327(a). The Debtor is a debtor-in-possession and, pursuant to section 1107(a) of the Bankruptcy Code, have the rights of a trustee, including the right to seek to employ the Firm. The Firm will submit fee applications to the Court and understands that absent consent from Nano Banc, an order from the Court authorizing the use of cash collateral to pay fees, or another disposition in this case that results in unencumbered funds, it may not receive payment of its fees.

From time to time, the Firm has referred work to other professionals to be retained in this case. Likewise, certain such professionals have referred work to the Firm. In addition, given the nature of the Firm's practice, the Firm may be adverse to such professionals in other cases across its offices. Postpetition, the Debtor has retained Grobstein Teeple to provide Howard Grobstein as its manager. Both Mr. Grobstein and Grobstein Teeple are clients of the Firm on matters completely unrelated to the Debtor.

Except as provided herein or in the statement of disinterestedness filed concurrently herewith, to the best of the Firm's knowledge:

1. Except as disclosed above, neither the Firm nor any of the attorneys employed by the Firm has any connection with the Debtor, the principals of the Debtor, insiders, creditors, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee.

2. The Firm is not a creditor, an equity security holder, or an insider of the Debtor.

3. The Firm is not and was not an investment banker for any outstanding security of the Debtor.

4. The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of any security of any of the Debtor.

5. The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment

banker for any security of the Debtor.

6. The Firm does not represent an individual or entity which holds an interest adverse to the Debtor. The Firm may represent creditors of the estate in matters unrelated to this bankruptcy case. In addition, some creditors may be adverse to the Firm's other clients in matters unrelated to this bankruptcy case.

7. None of the Firm's partners or employees is related to the bankruptcy judge in this case.

8. The Firm is disinterested within the meaning of 11 U.S.C. §§ 327(a) and 101(14).

9. The Firm has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the attorneys' fees or expenses awarded to the Firm will be paid to any other entity.

10. The employment of the Firm is in the best interest of the Debtor and its estate.

## VI. <u>CONCLUSION</u>

WHEREFORE, the Debtor requests that the Court enter an order:

1. Authorizing the Debtor to employ the Firm as general bankruptcy counsel, effective April 15, 2026, with compensation pursuant to 11 U.S.C. § 330; and

2. Granting such other relief as the Court may deem just and appropriate.

Dated: May 5, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
[Proposed] Counsel for Debtor
Ynez Shops LLC

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1. Name, address and telephone number of the professional ("**Firm**") submitting this Statement:

**RAINES FELDMAN LITTRELL LLP**
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

2. The services to be rendered by the Firm in this case are (specify):

The Firm will (a) advise the Debtor with respect to the requirements and provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, U.S. Trustee Guidelines and other applicable requirements that may affect the Debtor; (b) assist the Debtor in preparing and filing any necessary amendments to its schedules and statement of financial affairs, complying with and fulfilling U.S. Trustee requirements, and preparing other documents as may be required after the initial filing of this chapter 11 case; (c) assist the Debtor with refinance of the loans or a sale of the real property; (d) assist the Debtor in the preparation of a disclosure statement and formulation of a chapter 11 plan of reorganization; (d) advise the Debtor concerning the rights and remedies of its estate and the Debtor in regard to adversary proceedings that may be removed to, or initiated in, the Bankruptcy Court; (e) represent the Debtor in any proceeding or hearing in the Bankruptcy Court in any action where the rights of the estate or the Debtor may be litigated or affected; and (f) provide such other services as may be necessary or otherwise arise during the pendency of this case.

3. The terms and source of the proposed compensation and reimbursement of the Firm are:

The Firm will undertake representation of the Debtor at an hourly rate of between $495.00 and $1,575.00, depending on the experience and expertise of the attorney or paralegal performing the work. The partner responsible for this will be Kyra E. Andrassy, whose hourly rate is $850.00. As much as possible, the Firm will delegate work to counsel Robert Yan, whose hourly rate is $795, associate Stephen Mott, whose hourly rate is $595.00, and paralegals Bambi Clark and Connie-Marie Santiago, whose hourly rates are $495.00 and $325.00, respectively. However, the Firm reserves the right to have other attorneys of the Firm perform work in this case, as the Firm deems appropriate. The Firm's hourly rates are subject to annual adjustment. The Firm has proposed a modified fee application procedure which is described in the Application.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Firm are:

The Firm did not receive a retainer in this case.

5. The investigation of disinterestedness made by the Firm prior to submitting this Statement consisted of:

Submitted the list of creditors of and investors in the Debtor's case to the Firm's conflicts check system.

6. The following is a complete description of all of the Firm's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

Postpetition, the Debtor has retained Grobstein Teeple to provide Howard Grobstein as the Debtor's manager. Mr. Grobstein and Grobstein Teeple are clients of the Firm on matters completely unrelated to this case. Except for the foregoing, neither the Firm nor any of the attorneys employed by the Firm has any connection with the Debtor, the principals of the Debtor, insiders, creditors, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee.

7. The Firm is not a creditor, an equity security holder, or an insider of the Debtor.

8. The Firm is not and was not an investment banker for any outstanding security of the Debtor.

9. The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10. The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11. The Firm does not represent an individual or entity which holds an interest adverse to the Debtor. The Firm may represent creditors of the estate in matters unrelated to this bankruptcy case. In addition, some creditors may be adverse to the Firm's other clients in matters unrelated to this bankruptcy case.

12. Name, address and telephone number of the person signing this Statement (specify):

**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

13. None of the Firm's partners or employees is related to the bankruptcy judge in this case.

14. Total number of attached pages of supporting documentation: 5

15. Copies of the Bios of the attorneys working on this case are attached as Exhibit "1."

After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on

information and belief.

Executed on the 5th day of May, 2026, at Newport Beach, California.

*/s/ Kyra E. Andrassy*
Kyra E. Andrassy

**DECLARATION OF HOWARD GROBSTEIN**

I, Howard Grobstein, declare as follows:

1. I am the Manager for Ynez Shops LLC, the debtor and debtor-in-possession in the above captioned case. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Application to Employ Raines Feldman Littrell LLP as General Bankruptcy Counsel Effective April 15, 2026* (the "**Application**"). Unless otherwise defined in this declaration, all terms defined in the Application are incorporated herein by this reference.

2. I have reviewed the Application and support the Firm's employment on the terms and conditions stated therein. I believe that Raines Feldman Littrell LLP is well-suited to guide the Debtor through this chapter 11 case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of May, 2026 at Woodland Hills, California.

Howard Grobstein

# EXHIBIT 1

# KYRA E. ANDRASSY

Bankruptcy



## EDUCATION

- J.D., LOYOLA LAW SCHOOL
- B.S., UNIVERSITY OF CALIFORNIA, SAN DIEGO

**KYRA E. ANDRASSY** is a partner at Raines Feldman Littrell LLP, where she specializes in insolvency law and fiduciary representation. She represents chapter 11 debtors, chapter 7 and chapter 11 trustees, secured and unsecured creditors, creditors' committees, purchasers of assets from bankruptcy estates, assignees and assignors in assignments for the benefit of creditors, federal and state court receivers, and borrowers in out-of-court workouts. Kyra is a frequent speaker on bankruptcy and receivership topics.

Prior to joining Raines Feldman Littrell, Kyra was a partner at Smiley Wang-Ekvall, LLP. From September 1998 until September 2000, Kyra served a judicial clerkship to the Honorable John E. Ryan, United States Bankruptcy Judge for the Central District of California and a member of the Ninth Circuit Bankruptcy Appellate Panel. Kyra obtained her law degree from Loyola Law School, where she was an editor of the Loyola Law Review.

# KYRA E. ANDRASSY

**KRecent Awards & Distinctions**

- Lawdragon, Top 500 U.S. Bankruptcy & Restructuring Lawyers, 2021, 2023 & 2024
- Super Lawyers, 2012-present
- Best Lawyers in America, Bankruptcy and Creditor/Debtor Rights/Insolvency and Reorganization, 2018-present

**Recent Speaking Engagements**

- Panelist, Corporate Bankruptcy Essentials for Counsel: Benefits and Pitfalls of Reorganizations and Insolvency, Orange County Bar Association Corporate Counsel Section, March 2025
- Panelist, Receiver as Detective: Working with a Receiver to Uncover Fraud and Other Bad Behavior, California Receivers Forum Loyola Symposium, January 2024
- Panelist, Regulatory Receiverships: A Receiver's Role in the Larger Investigation, National Association of Federal Equity Receivers, 2023
- Panelist, Playing the End Game: Receivers in Post-judgment Enforcement, California Receivers Forum, 2023
- Panelist, Receivers and Bankruptcy: Is There Life After Filing?, California Receivers Forum, 2023
- Panelist, Bankruptcy Alternatives, California Bankruptcy Forum, 2023
- Panelist, Is Bankruptcy Dead?, American Bankruptcy Institute Southwest Conference, 2022
- Moderator, If I Had a Hammer: Enforcing Receivership Orders Against Third Parties, California Receivers Forum, 2022
- Panelist, The Bankruptcy Code and Receiverships: Cracking the Code, National Association of Federal Equity Receivers, 2020
- Panelist and Moderator, The Intersection of Pension and Retirement Plans and Bankruptcy, American Bankruptcy Institute, 2017

# ROBERT C. YAN

Bankruptcy

## EDUCATION

- St. John’s University School of Law, J.D., 2001
- St. John’s University School of Law, LL.M., 2003

**ROBERT C. YAN** is an experienced attorney with a diverse background representing and advising a variety of clients, such as corporate debtors, secured and unsecured creditors, committees, trustees, receivers, mediators, landlords, principals, and asset bidders and purchasers, with respect to financially distressed situations and complex commercial litigation across a range of matters and industries.

Prior to joining Raines Feldman Littrell, he was in private practice in the Restructuring and Bankruptcy Department of a well-known New York mid-sized law firm. He also served as a law clerk to the Honorable Alan S. Trust and the Honorable Louis A. Scarcella of the United States Bankruptcy Court for the Eastern District of New York.

Robert holds an LL.M. in Bankruptcy and is a former editor-in-chief for the American Bankruptcy Institute Law Review. He has been a contributing author and editor for one of the largest organizations for bankruptcy and restructuring professionals.

# STEPHEN M. MOTT

Bankruptcy



## EDUCATION

- J.D., The George Washington University Law School
- B.S., State University of New York at Geneseo

**STEPHEN M. MOTT** is an associate at Raines Feldman Littrell LLP, and concentrates his practice in bankruptcy, insolvency and business reorganization matters, and fiduciary representation.

Mr. Mott received his undergraduate degree in history and philosophy from the State University of New York at Geneseo in 2019. He received his J.D. from The George Washington University Law School in 2022. While in law school, Mr. Mott served judicial externships to the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia, and the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York. He also served as a legal intern for the Executive Office of United States Trustees. After law school, Mr. Mott served a judicial clerkship to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION TO EMPLOY RAINES FELDMAN LITTRELL LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE APRIL 15, 2026; STATEMENT OF DISINTERESTEDNESS OF KYRA E. ANDRASSY; AND DECLARATION OF HOWARD GROBSTEIN IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 5, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 5, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 5, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Delivery**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 5, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- **Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com**
- **Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law**
- **Martin P Eramo MPEramo@aol.com**
- **David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com**
- **Kenneth Misken Kenneth.M.Misken@usdoj.gov**
- **Stephen M. Mott smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com**
- **Aram Ordubegian ordubegian.aram@arentfox.com**
- **David M Poitras dpoitras@bg.law**
- **David James Root david.root@bclplaw.com, verlisa.lewis@bclplaw.com**
- **Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com**
- **Martin W Taylor marty.taylor@bclplaw.com**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**
- **Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com**

2. **<u>SERVED BY UNITED STATES MAIL</u>**:

***Ynez Shops LLC***
***Case No. 8:26-10693-SC***

<u>U.S. Trustee</u>

Kenneth Misken
DOJ-UST
Office of the United States Trustee
411 W. Fourth St, #7160
Santa Ana, CA 92701

<u>Secured Creditors</u>

Nano Banc
7755 Irvine Center Drive, 3rd Floor
Irvine, CA 92618

<u>20 Largest Unsecured Creditors</u>

Joses Nuevo Landscaping LLC
3857 Birch Street 209
Newport Beach, CA 92660

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705

Rancho California Water District
PO Box 512687
Los Angeles, CA 90051-0687

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

City of Temecula- Finance
Department
41000 Main Street
Temecula, CA 92590

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-9952

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

American Jetting Services
P.O Box 1699
Ontario, CA 91762

Moises Camacho
5590 W. Mission Blvd.
Ontario, CA 91762

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056

Ontario Refrigeration Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762

ABM Electrical & Lighting
Solutions, Inc
P.O. Box 52609
Los Angeles, CA 90074-2609

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503