**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

[Proposed] Counsel for Debtor
Ynez Shops, LLC

FILED & ENTERED

MAY 26 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

In re:

YNEZ SHOPS, LLC,

Debtor-in-Possession.

Case No.: 8:26-bk-10693-SC

Chapter 11

**ORDER DENYING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**

Date: May 6, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

On May 6, 2026, at 1:30 p.m., a hearing was held on the *Motion by United States Trustee to Dismiss or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C.§ 1112(b)* (the "Motion") [Docket No. 19] filed by the Office of the United States Trustee. Appearances were as noted on the record. The Court having read and considered the Motion, the opposition filed by Debtor [Docket No. 41], the joinders to the Motion [Docket Nos. 40, 43, and 48] and all other admissible evidence in the record, and for the reasons set forth in the Court's tentative ruling on the Motion and on the record at the hearing,

**IT IS HEREBY ORDERED** that:

1. The Court adopts the tentative ruling attached as Exhibit A as its final ruling.

2. The Motion is DENIED without prejudice.

###

Date: May 26, 2026

Scott C. Clarkson
United States Bankruptcy Judge

# United States Bankruptcy Court
# Central District of California
**Santa Ana**
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

**Wednesday, May 6, 2026** **Hearing Room 5C**

1:30 PM
**8:26-10693 Ynez Shops LLC** **Chapter 11**

**#55.00**
Hearing RE: Motion By United States Trustee To Dismiss Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b)
(Motion filed 4/1/2026)

Docket 19

**Tentative Ruling:**

Tentative for 5/6/26 is to DENY the Motion as moot, contingent on the filing of Debtor's monthly operating report for March 2026.

Debtor's Opposition [Dk. 41] appears to have cured the compliance deficiencies identified in the United States Trustee's Motion, with the exception of the March 2026 operating report. To the extent the Joinders [Dks. 40, 43, and 48] raise additional or new grounds for relief, those matters are not properly before the Court on the present Motion and may be pursued, if appropriate, through separately noticed motions under Federal Rules of Bankruptcy Procedure 1017 and 9014, and applicable law.

Virtual appearances are required. The hearing will take place using Zoom for Government, a free service that provides audioconference and videoconference capabilities. Only the parties, including counsels, their clients, and pro se individuals, may virtually join the hearing. No testimony, however, will be permitted unless specifically authorized by the Court either prior to, or during, the hearing. Parties virtually appearing should consult the NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE SCOTT CLARKSON'S CASES for specific procedures and further information.

The audio portion of each hearing will be recorded electronically by the Court and constitute its official record. **By Order of the Judicial Conference of the United States, members of the general public may only view the hearings from the Courtroom, which will remain open, or access the hearing by audioconference only, as set forth below. This is a nation-**

# United States Bankruptcy Court
# Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Wednesday, May 6, 2026** **Hearing Room 5C**

1:30 PM
**CONT... Ynez Shops LLC Chapter 11**

**wide mandate and is not subject to this Court's discretion. The Court will have monitors on and viewable within the Courtroom for viewing.**

Hearing participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

Videoconference URL: https://cacb.zoomgov.com/j/1604894536

Meeting ID: 160 489 4536

Password: 307832

If a participant is unable to send and receive audio through his/her computer, or join the videoconference through an Internet browser for any reason, the audio of the hearing may be accessed by telephone using the below audio conference information. PLEASE BE ADVISED THAT THE GENERAL PUBLIC AND ALL MEDIA MAY ONLY USE THE AUDIO CONFERENCE SYSTEM BELOW AND MAY NOT UTILIZE THE VIDEO CONFERENCE SYSTEM.

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID: 161 610 9807

Password: 216097

For further details, please consult the instructions on the Court's website https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Please note that default matters may be called prior to the videoconference, so there may be a slight delay to the official start time of the videoconference hearing.

As noted in the Court's Zoom Video Hearing Guide, located at https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited

# United States Bankruptcy Court
# Central District of California
**Santa Ana**
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

**Wednesday, May 6, 2026** **Hearing Room 5C**

1:30 PM
**CONT...** **Ynez Shops LLC** **Chapter 11**

from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

**Party Information**

**Debtor(s):**

Ynez Shops LLC — Represented By
William J Wall