**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Ynez Shops, LLC and Pro Temecula Town Center, LLC, Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>YNEZ SHOPS, LLC, *et al.*<br><br>Debtors-in-Possession. | Case No. 8:26-bk-10693-SC<br><br>Chapter 11<br><br>Jointly Administered with:<br>Case No. 8:26-bk-10694-SC |
| Affects:<br>☒ All Debtors<br>☐ Ynez Shops, LLC Only<br>☐ Pro Temecula Town Center, LLC Only | **CHAPTER 11 STATUS REPORT**<br><br>**Hearing Information**:<br>Date: July 15, 2026<br>Time: 1:30 p.m.<br>Ctrm: 5C (Virtual) |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Ynez Shops, LLC ("**Ynez**"), and Pro Temecula Town Center, LLC ("**Pro Temecula**" and, together with Ynez, the "**Debtors**"), submit this statuss report for the July 15, 2026, continued status conference.

**I. <u>BACKGROUND</u>**

On March 3, 2026 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned cases. The Debtors are operating as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in either case and no official committees have been appointed or designated. On April 15, 2026, Raines Feldman Littrell LLP substituted in as counsel for the Debtors. The Debtors have since appointed Howard Grobstein as their managers. Henkin Investor Group, LLC, is the Debtors' sole member.

These are single asset real estate cases involving a retail shopping center located at Ynez Road and Rancho California Road in Temecula, California. Pro Temecula owns four of the parcels (the "**Property**") and Ynez owns the others. Nano Banc, the Debtors' secured lender, obtained an appraisal of the portion of the Property owned by Ynez in December 2024 that appraised it in as-is condition at $37,460,000. Ynez owes Nano Banc approximately $23,528,000. The appraisal of the portion owned by Pro Temecula valued its portion at $54,400,000. Pro Temecula owes Nano Banc approximately $34,194,705. The filings were precipitated by a foreclosure sale scheduled by Nano Banc. The Debtors intend to sell the Property and will be filing an application to employ a real estate broker shortly.

In order to guide the Debtors through their chapter 11 cases and because of concerns about former management, it was determined that retaining Howard Grobstein as the Debtors' managers for the pendency of these cases would be in the best interests of all concerned. His

appointment for Ynez became effective April 16, 2026, and his appointment for Pro Temecula became effective April 22, 2026. In order to fully sever ties with former management, because of concerns about how the Property has been maintained under former management and the former property manager, and to provide assurances to the Debtors' secured creditors that the Property is being properly managed, the Debtors have terminated the services of the former property manager and retained Investors' Property Services as the new property manager effective June 1, 2026.

Because of former management's delays in providing books and records to Mr. Grobstein[1] and inaccurate rent information from the prior property manager, the Debtors are only now in the final stages of preparing 13-week cash flow projections. In this interim period, the Debtors have had consent of Nano Banc to pay critical operating expenses. Either a stipulation for the use of cash collateral or a motion for use of cash collateral will be submitted in the next couple of weeks. It is possible that Ynez may need to obtain debtor-in-possession financing to get through a sale of the Property.

The Debtors are making adequate protection payments to Nano Banc.

## II. STATUS OF COMPLIANCE WITH OBLIGATIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE

The Debtors believe that they are in compliance with all of their duties under the Bankruptcy Code and all applicable guidelines of the Office of the United States Trustee.

## III. DEADLINE FOR THE DISCLOSURE STATEMENT AND PLAN

At the last status conference and based on the Debtors' suggestion, the Debtors proposed and the Court set July 1, 2026, as the deadline for the Debtors to submit their plans disclosure statements. However, because of delays in getting financial information from former management and reliable information from the former property manager, the Debtors

[1] Mr. Grobstein has the QuickBooks files and has records from the former property manager, but does not yet have all of the bank statements he requested.

are seeking an extension of that deadline for approximately 90 days and are concurrently filing a motion seeking that relief.

Respectfully submitted,

Dated: July 1, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Attorneys for Pro Temecula Town Center, LLC, and Ynez Shops LLC, Debtors-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*):
**CHAPTER 11 STATUS REPORT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 1, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 1, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 1, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/1/2026 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **John Bistritz** jack.bistritz@afslaw.com
- **Matthew Bouslog** mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com
- **Martin P Eramo** MPEramo@aol.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Rachael Tamiko Gonzales** rgonzales@allenmatkins.com, pmorris@allenmatkins.com
- **Golsa Honarfar** ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- **Alphamorlai Lamine Kebeh** mkebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Annie Y Stoops** annie.stoops@afslaw.com, yvonne.li@afslaw.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

SERVED BY UNITED STATES MAIL:

***Ynez Shops LLC***
***Case No. 8:26-10693-SC***

***Pro Temecula Town Center, LLC***
***Case No. 8:26-10694-SC***

U.S. Trustee
Kenneth Misken
DOJ-UST
Office of the United States Trustee
411 W. Fourth St, #7160
Santa Ana, CA 92701

Secured Creditor
Nano Banc
7755 Irvine Center Drive, 3rd Floor
Irvine, CA 92618

20 Largest Unsecured Creditors
(Consolidated)

Joses Nuevo Landscaping LLC
3857 Birch Street 209
Newport Beach, CA 92660

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

City of Temecula- Finance
Department
41000 Main Street
Temecula, CA 92590

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-9952

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

American Jetting Services
P.O Box 1699
Ontario, CA 91762

Moises Camacho
5590 W. Mission Blvd.
Ontario, CA 91762

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056

Ontario Refrigeration Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762

ABM Electrical & Lighting
Solutions, Inc
P.O. Box 52609
Los Angeles, CA 90074-2609

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503

Newmark of Southern California, Incl.
Lockbox #741305
2706 Media Center Drive
Los Angeles, CA 90065

Pacific Rim Mechanical
9125 Rehco Road
San Diego, CA 92121

American Jetting Services
P.O Box 1699
Ontario, CA 91762

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805

Murrieta Lock & Key
40224 Buckwood Way
Murrieta, CA 92562

Rancho California Water District
PO Box 512687
Los Angeles, CA 90051-0687

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503