FILED & ENTERED

JUL 22 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

Ynez Shops LLC, et al.,

Debtors and
Debtors-in-Possession.

☐ Affects Ynez Shops, LLC

☐ Affects Pro Temcula Town Center, LLC

☒ Affects All Debtors

Case No.: 8:26-bk-10693-SC

CHAPTER 11

Jointly Administered With 8:26-bk-10694-SC

**ORDER DENYING WITHOUT PREJUDICE MOTION TO ENTER INTO PROPERTY MANAGEMENT AGREEMENTS WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES**

[No hearing required]

The Court has considered the *Motion Pursuant to 11 U.S.C. § 363(b) to Enter into Property Management Agreements with R & K Interests, Inc. dba Investors' Property Services as Property Management Company Effective June 1, 2026* [Dk. 87] ("Motion"), filed by Ynez Shops, LLC ("Ynez") and Pro Temecula Town Center, LLC ("Pro Temecula," and together with Ynez, "Debtors"), the Notice of Motion [Dk. 88] ("Notice"), the declaration of nonopposition [Dk. 103], and the docket as a whole.

The Motion seeks authority for Ynez and Pro Temecula to enter into their respective property management agreements with R & K Interests, Inc. dba Investors' Property Services ("IPS"), attached to the Motion as Exhibit 3 ("Ynez Agreement" and "Pro Temecula Agreement," respectively, and together, "Agreements").

The Motion cannot be granted on the present filings. The proof of service of the Notice does not establish service on all creditors and other parties in interest entitled to notice in both cases, as required by LBR 6004-1(a) and LBR 9013-1(o)(1)(A)(iii). The Notice also does not disclose all material compensation terms contained in the Agreements, and the filings contain inconsistent compensation terms and property descriptions.

Accordingly, the Court orders as follows:

1. The Motion is DENIED WITHOUT PREJUDICE.
2. Any renewed request shall proceed in accordance with all applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules and shall:
    a. provide proper notice and service in both cases;
    b. identify all compensation for which approval is sought and confirm the controlling compensation terms under each of the Agreements; and

///

///

c. clarify the properties governed by each of the Agreements, including whether 29560 Rancho California Road, #100 is governed by the Ynez Agreement or the Pro Temecula Agreement, and correct the unexplained reference to “12125” in Exhibit A to the Ynez Agreement.

**IT IS SO ORDERED.**

**###**

Date: July 22, 2026

Scott C. Clarkson
United States Bankruptcy Judge