**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Ynez Shops, LLC and Pro Temecula Town Center, LLC, Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>YNEZ SHOPS, LLC, *et al.*<br><br>Debtors-in-Possession. | Case No. 8:26-bk-10693-SC<br><br>Chapter 11<br><br>Jointly Administered with:<br>Case No. 8:26-bk-10694-SC |
| Affects:<br>☒ All Debtors<br>☐ Ynez Shops, LLC Only<br>☐ Pro Temecula Town Center, LLC Only | **DEBTORS' APPLICATION TO EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE CA, INC. AS SALES AGENTS AND BROKER PURSUANT TO 11 U.S.C. §§ 327(A) AND 328; STATEMENTS OF DISINTERESTEDNESS; AND DECLARATION OF HOWARD GROBSTEIN IN SUPPORT THEREOF**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Ynez Shops, LLC ("**Ynez**"), and Pro Temecula Town Center, LLC ("**Pro Temecula**" and, together with Ynez, the "**Debtors**"”), the debtors-in-possession, hereby seek Court approval (the "**Application**”) to employ Onyx Asset Advisors, Inc.("**Onyx**"), and Hilco Real Estate CA, Inc. ("**Hilco**") as their sales agents and broker (together, the "**Sales Agents**") pursuant to 11 U.S.C. §§ 327(a) and 328 to market and sell the real property owned by the Debtors. In support of the Application, the Debtors submit the following memorandum and the declaration of Howard Grobstein in support thereof, and respectfully represents as follows:

## I. <u>BACKGROUND</u>

On March 3, 2026 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned cases. The Debtors are operating as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in either case and no official committees have been appointed or designated. On April 15, 2026, Raines Feldman Littrell LLP substituted in as counsel for the Debtors. The Debtors have since appointed Howard Grobstein as their managers. Henkin Investor Group, LLC, is the Debtors’ sole member.

These are single asset real estate cases involving a retail shopping center located at Ynez Road and Rancho California Road in Temecula, California known as the Temecula Town Center. Pro Temecula owns the following four parcels (the "**Pro Temecula Property**"): (1) 29560 Rancho California Rd. #100; (2) 29720 Rancho California Rd.; (3) 27560 Ynez Rd.; and (4) 27536 Ynez Rd. Ynez owns the following five parcels (the "**Ynez Property**"): (1) 29640 Rancho California Rd.; (2) 27648 Ynez Rd; (3) 27644 Ynez Rd; (4) 27576 Ynez Rd; and (5) 27520 Ynez Rd. four of the parcels and Ynez Shops, LLC, owns the

others. Together, the Pro Temecula Property and the Ynez Property are referred to in the Application as the "**Property**."

As of the Petition Date, Nano Banc holds a lien against the Pro Temecula Property to secure a loan in the approximate amount of $34.95 million and a lien against the Ynez Property to secure a loan in the amount of approximately $24.2 million. There are also defaulted property taxes. The Debtors intend to sell the Property to a single buyer and, if sold in that manner, the Sales Agents estimate that the range of value for the Pro Temecula Property is from $37 million to $45 million and for the Ynez Property is $22.7 million to $26.4 million. A copy of the opinion of value is attached as **Exhibit 1**.

## II. PROPOSED EMPLOYMENT AND THE SALES AGENTS' QUALIFICATIONS

### A. Proposed Terms of Employment of the Sales Agents

The terms of the Sales Agents' engagement are as set forth in the Exclusive Sale Consultant Agreement attached as **Exhibit 2** (the "**Sale Agreement**"). The Sales Agents will have the exclusive right to sell the Property for a period of twelve months, subject to extension by written agreement. Any commission payable under the Sale Agreement shall be due and payable only upon the closing of a sale of the Property. The Sales Agents will receive a listing-side commission of two and one-half percent (2.5%) of the gross sale price, paid through escrow at closing. The gross sale price includes any credit bid by Nano Banc should it elect to do so. The commission payable to the Sales Agents will be split equally between them. In addition, the Sales Agents will receive an expense reimbursement of up to $50,000.00 for reasonable and documented expenses in connection with the marketing and sale of the Property. The expenses will not exceed $50,000.00 absent approval by the Debtors. If the Property is not sold or if the Sales Agents are replaced, the Sales Agents will be entitled to reimbursement for the expenses incurred. The terms and conditions of the Sale Agreement were negotiated by the Debtors and the Sales Agents at arm's length and in good faith, and the Debtors believe that the compensation to the Sales Agents in the present case

appropriately reflects the nature and scope of the services to be provided by the Sales Agents and is reasonable and consistent with the terms available in the marketplace.

The Debtors recognize that in the ordinary course of their business, the Sales Agents do not record the time spent by their professionals on specific tasks or projects, and the compensation provided under the Sale Agreement is not tied to the total time spent by the Sales Agents' professionals providing services to the Debtors. Consequently, the Debtors request that the Sales Agents be excused from any obligation to maintain or file time records in this case and the obligation to file a fee application to obtain payment, with the understanding that the transaction on which the Sales Agents' commission will be based remains subject to approval by the Bankruptcy Court.

The Sales Agents went to market on September 3, 2026, and are currently expecting to solicit bids by October 1, 2026, in order to identify a stalking horse purchaser. Once that party is identified, the Debtors will seek approval of bid procedures to ensure that they receive the highest and best bid for the Property.

**B. <u>The Sales Agents' Qualifications</u>**

The Debtors seeks to retain two teams who have experience working together. The team for Onyx Asset Advisors has a substantial depth of experience with sales in the bankruptcy context, which differ from traditional sales because of the limited representations and warranties that can be given, the overbid and auction process, and the need for Court approval of a sale. Onyx will handle the insolvency-related aspects of the sale transaction, and Hilco will utilize its expertise in retail properties, although its team also has experience with bankruptcy sales. Together, they have recently been involved in the Oceanwide Plaza case, the sale of an office building in Los Angeles, and a 77-unit mixed use building in a receivership. Hilco, which holds the broker's license, has been involved in a number of retail development projects, including Coral Grove in Cape Coral, Florida, Canyons Village in Park City, and The Plaza in Dallas, Texas. The Debtors benefit because each of the teams has their own databases, so the Property will be widely exposed to the market.

**1. Onyx Asset Advisors**

Kevin Otus is the managing partner of Onyx Asset Advisors and has more than thirty-five years of experience in the asset disposition, advisory, and valuation sectors. Paul Buie is the managing director of Onyx and works closely with fiduciaries in distressed situations, helping them monetize a range of assets, including real estate. Biographical information is provided with the report that is attached as **Exhibit 1**.

**2. Hilco Real Estate**

The Hilco team will be led by Jeff Azuse, Executive Vice President, and Jeff Hubbard, a Managing Director and supported by Senior Director Katie Decoste, and Director Christian Koulichkov. Together, they bring a significant bench of experience, including in the retail sector. Their biographical information is included with **Exhibit 1**.

## III. THE SALES AGENTS ARE DISINTERESTED AND DO NOT HOLD OR REPRESENT ANY INTEREST ADVERSE TO THE ESTATE

"Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. § 327(a). Except as provided herein or in the statement of disinterestedness filed concurrently herewith, to the best of the Sales Agents' knowledge:

a. Neither the Sales Agents nor their employees have any connection with the Debtors, the principals of the Debtors, insiders, creditors, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee.

b. The Sales Agents are not creditors, an equity security holder, or an insider of the Debtors.

c. The Sales Agents are not and were not an investment banker for any outstanding security of the Debtors.

d. The Sales Agents have not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale, or issuance of any security of any of the Debtors.

e. The Sales Agents are not and were not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

f. The Sales Agents do not represent an individual or entity which holds an interest adverse to the Debtor.

g. None of the Sales Agents' employees are related to the bankruptcy judge in this case.

The Sales Agents' Statements of Disinterestedness are being filed concurrently with this Application

## IV. <u>LEGAL ARGUMENT</u>

The retention of the Sales Agents under the terms described herein is appropriate under sections 327(a) and 328(a) of the Bankruptcy Code, and Bankruptcy Rule 2014(a). Section 327(a) of the Bankruptcy Code empowers a debtor, with the Court's approval, to employ professionals "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the debtor in carrying out the debtor's duties under this title." 11 U.S.C. § 327(a). In addition, the Debtors seek approval of the Agreement pursuant to section 328(a) of the Bankruptcy Code, which provides, in relevant part, that a debtor "with the court's approval, may employ or authorize the employment of a professional person under section 327 ... on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

Section 328 of the Bankruptcy Code permits the compensation of professionals on more flexible terms that reflect the nature of their services and market conditions. As the United States Court of Appeals for the Fifth Circuit recognized in *Donaldson Lufkin &*

*Jenrette Sec. Corp. v. Nat'l Gypsum Co. (In re Nat'l Gypsum Co.)*, 123 F.3d 861 (5th Cir. 1997):

> Prior to 1978 the most able professionals were often unwilling to work for bankruptcy estates where their compensation would be subject to the uncertainties of what a judge thought the work was worth after it had been done. That uncertainty continues under the present § 330 of the Bankruptcy Code, which provides that the court award to professional consultants "reasonable compensation" based on relevant factors of time and comparable costs, etc. Under present § 328 the professional may avoid that uncertainty by obtaining court approval of compensation agreed to with the Debtor (or debtor or committee).

*Id.* at 862 (citations omitted); see also *Riker, Danzig, Scherer, Hyland & Perretti LLP v. Official Comm. of Unsecured Creditors (In re Smart World Techs. LLC)*, 383 B.R. 869, 874 (S.D.N.Y. 2008) (noting in context of special counsel fee application, pre-approval of professional fees under section 328 permits payment without revisiting fee arrangement, absent unusual and unforeseeable circumstances).

Furthermore, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 amended section 328(a) of the Bankruptcy Code by inserting "on a fixed or percentage fee basis," after "hourly basis," as cited above. This change enables a trustee or debtor-in-possession to retain a professional on a fixed or percentage fee basis, such as the fee structure described in the Sale Agreement, with bankruptcy court approval.

The fee structure is consistent with the Sales Agents' normal and customary commission structures for transactions of similar size and is comparable to those generally charged by commercial real estate agents for commensurate engagements. The Debtors believe that the fee structure is reasonable and market-based and the employment of the Sales Agents is in the best interests of the Debtors' bankruptcy estates.

## V. <u>CONCLUSION</u>

The Debtors submit that the engagement and retention of the Sales Agents on the terms and conditions set forth herein and in the Sale Agreement is necessary and in the best interests of the Debtors, their estate, and their creditors and equity holder, and should be approved.

WHEREFORE, the Debtors request that the Court enter an order:

1. Authorizing the Debtors to enter into the Sale Agreement with the Sales Agents pursuant to 11 U.S.C. § 327(a) and to compensate them as set forth in the Sale Agreement pursuant to 11 U.S.C. § 328;

2. Approving the terms of the Sale Agreement; and

3. Granting such other relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: September 11, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *<u>/s/ Kyra E. Andrassy</u>*
Kyra E. Andrassy
Attorneys for Pro Temecula Town Center, LLC, and Ynez Shops LLC, Debtors-in-Possession

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1. Name, address and telephone number of the professional ("**Firm**") submitting this Statement:

**ONYX ASSET ADVISORS, LLC**
10250 Constellation Blvd., Suite 2300
Los Angeles, CA 90067
Telephone: (213) 246-2837

2. The services to be rendered by the Firm in this case are (specify):

To serve jointly with Hilco Real Estate CA Inc. as sales agent to market and sell real property owned by the Debtors

3. The terms and source of the proposed compensation and reimbursement of the Firm are:

The Sales Agents will have the exclusive right to sell the Property for a period of twelve months, subject to extension by written agreement. Any commission payable under this Agreement shall be due and payable only upon the closing of a sale of the Property. The Sales Agents will receive a listing-side commission of two and one-half percent (2.5%) of the final gross sale price, paid through escrow at closing. The commission payable to the Sales Agents will be split equally between them. In addition, the Sales Agents will receive an expense reimbursement of up to $50,000.00 for reasonable and documented expenses in connection with the marketing and sale of the Property. If the Property is not sold or if the Sales Agents are replaced, the Sales Agents will be entitled to reimbursement for the expenses incurred.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Firm are:

Not applicable.

5. The investigation of disinterestedness made by the Firm prior to submitting this Statement consisted of:

Submitted the list of creditors, insiders, and tenants to the Firm's conflicts check system.

6. The following is a complete description of all of the Firm's connections with the Debtor, principals of the Debtor, insiders, the Debtor’s creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

Sales Agents have been in discussions to potentially represent Romanov Group, LLC, another chapter 11 debtor that shared the same prior asset manager as the Debtor.

7. The Firm is not a prepetition creditor or an equity security holder or insider of the Debtor.

8. The Firm is not and was not an investment banker for any outstanding security of the Debtors.

9. The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor in connection with the offer, sale or issuance of any security of the Debtors.

10. The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor

11. The Firm does not represent an individual or entity which holds an interest adverse to the Debtors.

12. Name, address and telephone number of the person signing this Statement (specify):

**ONYX ASSET ADVISORS, INC.**
Kevin Otus
*kotus@thinkonyx.com*
50 California St., Suite 1500
San Francisco, CA 94111
Telephone: (415) 799-3299

13. None of the Firm's partners or employees is related to the bankruptcy judge in these cases.

14. Total number of attached pages of supporting documentation: None

After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the 10th day of September, 2026, at Foster City, California.

Kevin Otus

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1. Name, address and telephone number of the professional ("**Firm**") submitting this Statement:

**HILCO REAL ESTATE CA, INC.**
5 Revere Drive, Suite 206
Northbrook, IL 60062
Telephone: (949) 798-4125

2. The services to be rendered by the Firm in this case are (specify):

To serve jointly with Onyx Asset Advisors as sales agents to market and sell the real property owned by the Debtors.

3. The terms and source of the proposed compensation and reimbursement of the Firm are:

The Sales Agents will have the exclusive right to sell the Property for a period of twelve months, subject to extension by written agreement. Any commission payable under this Agreement shall be due and payable only upon the closing of a sale of the Property. The Sales Agents will receive a listing-side commission of two and one-half percent (2.5%) of the final gross sale price, paid through escrow at closing. The commission payable to the Sales Agents will be split equally between them. In addition, the Sales Agents will receive an expense reimbursement of up to $50,000.00 for reasonable and documented expenses in connection with the marketing and sale of the Property. If the Property is not sold or if the Sales Agents are replaced, the Sales Agents will be entitled to reimbursement for the expenses incurred.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Firm are:

Not applicable.

5. The investigation of disinterestedness made by the Firm prior to submitting this Statement consisted of:

Submitted the list of creditors, insiders, and tenants to the Firm's conflicts check system.

6. The following is a complete description of all of the Firm's connections with the Debtor, principals of the Debtor, insiders, the Debtor’s creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

Sales Agents have been in discussions to potentially represent Romanov Group, LLC, another chapter 11 debtor that shared the same prior asset manager as the Debtor.

.

7. In the ordinary course of its business, Hilco Trading, LLC (together with its subsidiaries, including Hilco, collectively, "Hilco Global") maintains a database for purposes of performing "conflicts checks." The database contains information regarding Hilco Global's present and past representations and transactions. Hilco obtained a list of certain of the Debtor's creditors and other parties in interest in the above-captioned case ("Potential Parties in Interest") from Debtor's counsel for purposes of searching the aforementioned database and determining the connection(s) which Hilco Global has with such entities. The list of Potential Parties in Interest is attached hereto as Schedule 1. Hilco searched the aforementioned database for the Potential Parties in Interest. Except as set forth in the attached Schedule 2, this inquiry revealed that none of the Potential Parties-in-Interest has a connection to Hilco. Except as otherwise set forth in Schedule 2:

(a) The Firm is not a prepetition creditor or an equity security holder or insider of the Debtors.

(b) The Firm is not and was not an investment banker for any outstanding security of the Debtors.

(c) The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors in connection with the offer, sale or issuance of any security of the Debtors.

(d) The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

(e) The Firm does not represent an individual or entity which holds an interest adverse to the Debtors.

8. Name, address and telephone number of the person signing this Statement (specify):

**HILCO REAL ESTATE CA, INC.**
Neil Aaronson
5 Revere Drive, Suite 206
Northbrook, IL 60062
Phone: 847-849-2905
Email: Naaronson@hilcoglobal.com

9. None of the Firm's partners or employees is related to the bankruptcy judge in these cases.

10. Total number of attached pages of supporting documentation: Four

After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the 11th day of September, 2026, at Northbrook, Illinois.

______________________________
Jeffrey Azuse

**Schedule 1**

Onyx Asset Advisors
Continuum Analytics
Mahender Makhijani
Jason Miller
Deba Shyam
Alina B
Alka's Brow Studio
Apple Cinemas Danville
BETTER TOGETHER
Black Noses 2
Blackhawk Dental
Blackhawk Gallery
Blackhawk Pizzeria
Blackhawk Plastic Surgery
Blue Gingko
Boghossian Vision
Bright Minds Academy
Brown Butter
Combat Sports Academy
CorePower Yoga
Dogtopia
Draeger's Super Market
Dreamland of Blackhawk
Fat Maddies Tavern and Taps
Gameday VR
George C. Nijmeh
Grease Trap Cleaners
Jaskiran Sandhu
Joshi Sohal
Lilian S. Awadalla
Lori Buffalow's The Next Step Dance Studio
Manji Sandhu
Montessori School
NILO Restaurant
Nails 4U Salon & SPA
Naina Shastri
Neco Shojaee
OsteoStrong Studio
Peter Mozaffari
Phoenix Salon Suites Franchising
Phoenix Salons Blackhawk
Selin Khayatan
Selin Optical
Smiles & Braces
Sohal City Cards
Sohal City Ventures
Soo Dance Academy
Starbunni
Tassajara Cleaners
Teen Tech 101
The Opus Law Firm
Tribez Salon and Blow Dry Bar
Ushanjali School of Dance

Zeeshan Khalid
Starbucks
AA Fire Systems
Alanzo's Landscaping
Allied Universal
Arrow Sign Company
BP Environmental Services
Blackhawk Commercial Owner Assoc
Bowles & Verna
COLLECTION BUREAU OF AMERICA
CONTRA COSTA COUNTY TREASURER
Cantor Group Manager
Delaware Division of Revenue
Diablo Screen & Glass
East Bay Municipal Utility District
Employment Development Department
Franchise Tax Board
Gaba Law
Howard Grobstein
Indian Restaurant
Intec Solutions
Jones Lang LaSalle Brokerage
Jung Dong Choi
McKenna Brink Signorotti
Pro Temecula Town Center
Ramanujan Group
Santa Ana Division
Vierergruppe Management
Ynez Shops
Richard T. Bowles
K and C Environmental
KONE
Kiki Brows
Sodhi Law Group
Kyra E. Andrassy
Raines Feldman Littrell
Makai Capital
Pacific Signaling System
Nano Banc
Bryan Cave Leighton Paisner
Orange County Tax Collector
PACIFIC GAS & ELECTRIC COMPANY
Pond M Solutions
Preferred Bank
Ramanujan Group
Ramanujan Investor Group
Reco Roofing
Sohal City Cards
State Board of Equalization
Synergis Waste Management
Tadek Construction
Tassajara Cleaners
Tripple Threat Plumbing
Vierergruppe Management
Robert S Marticello

Raines Feldman Littrell
Stephen M. Mott
PG&E
Contra Costa County Tax Collector
Preferred Bank
Kyra E Andrassy
Intec Solutions

**Schedule 2**

Jones Lang LaSalle is the real estate broker of Hilco's parent company's corporate office space lease in Northbrook, Illinois.

In matters unrelated to the Debtors, Hilco's affiliate, Hilco Valuation Services, LLC, and/or its subsidiaries have performed or are currently performing appraisal, advisory consulting, valuation, field examination, disposition or liquidation services for, or related to loans made by or to, Jones Lang LaSalle.

In matters unrelated to the Debtors, Hilco IP Services, LLC d/b/a Hilco Streambank, LLC, has performed or is currently performing IPv4 brokerage, advisory, consulting, valuation and monetization, services for, or to Kone.

From time to time, Hilco and/or its affiliates have collaborated with or engaged the professional services of: Bryan Cave Leighton Paisner, LLP, in matters unrelated to the Debtors.

Because of the magnitude of the entire creditor list in these chapter 11 cases, it is possible that Hilco and/or its affiliates may represent or may have represented other creditors of the Debtors but does not represent any such creditors in connection with these chapter 11 cases. Hilco and/or its affiliates presently or in the past have served as a professional person in other matters, wholly unrelated to the Debtors or these chapter 11 cases, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.

**DECLARATION OF HOWARD GROBSTEIN**

I, Howard Grobstein, declare as follows:

1. Effective April 16, 2026, I am the Manager for Ynez Shops LLC. Effective April 22, 2026, I am the manager for Pro Temecula Town Center, LLC. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the application (the "**Application**") to employ Onyx Asset Advisors, LLC, and Hilco Real Estate CA Inc. as sales agents to list and sell the real property owned by the Debtors. Unless otherwise defined in this declaration, all terms defined in the Application are incorporated herein by this reference.

2. I have reviewed the Application and for the reasons in it, am requesting approval of the employment of Onyx Asset Advisors, LLC and Hilco Real Estate CA Inc. jointly.

3. The Debtors seek to retain two teams who have experience successfully working together to sell real estate. The team for Onyx Asset Advisors has a significant depth of experience with sales of all types of assets, including real estate, in the bankruptcy context, which differ from traditional sales because of the limited representations and warranties that can be given, the overbid and auction process, and the need for Court approval of a sale. Hilco also has experience in the bankruptcy sale context but specializes in real estate. I believe that having them work jointly together will better expose the Property to the market and result in a higher sale price.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10 day of September, 2026 at Woodland Hills, California.

Howard Grobstein

# EXHIBIT 1



Hilco Real Estate

ONYX ASSET ADVISORS

# Ynez Shops & Pro Temecula Town Center

Ynez Rd. & Rancho California Rd. Temecula, CA 92591

JULY 2026

## BROKER OPINION OF VALUE

# AGENDA

Hilco Real Estate

ONYX ASSET ADVISORS


| | | | |
|---|---|---|---|
| I. | Market Overview | Page | 3 |
| II. | SCOR Analysis | Page | 4 |
| III. | Property Analysis: Ynez Shops | Page | 5 |
| IV. | Property Analysis: Pro Temecula Town Center | Page | 11 |
| V. | Sales Comparables | Page | 18 |
| VI. | Conclusion | Page | 19 |
| VII. | Project Team | Page | 20 |

# MARKET OVERVIEW

Hilco Real Estate
ONYX ASSET ADVISORS

## MARKET INTEL

| | SUBJECTS – COMBINED | SOUTH RIVERSIDE SUBMARKET |
|---|---|---|
| OCCUPANCY | 84.7% | 96% |
| SIZE (SF) | 241,536 | 22,743,302 |

| | INCREASING | FLAT | DECREASING |
|---|---|---|---|
| MARKET RENT TREND | X | | |
| MARKET OCCUPANCY TREND | | X | |

| | SOUTH RIVERSIDE RETAIL SUBMARKET |
|---|---|
| EXISTING SUPPLY | 22,743,302 SF |
| VACANT SPACE | 909,732 SF |
| VACANCY RATE | 4.0% |
| AVAILABLE SPACE | 1,046,192 SF |
| AVAILABILITY RATE | 4.6% |
| AVG. ASKING RENT (STRIP CENTER ONLY) | $24.02 PSF Annually |
| 12 MONTH NET ABSORPTION | 153,000 SF |
| 12 MONTH NEW CONSTRUCTION DELIVERED | 55,600 SF |
| UNDER CONSTRUCTION | 17,963 SF |
| DATE OF SURVEY | July 2025 |






# SCOR ANALYSIS

Hilco Real Estate | ONYX Asset Advisors

## STRENGTHS

- Well established retail center within Temecula's premier retail corridor
- South Riverside retail fundamentals remain healthy with less that 5% vacancy and over 150,000 SF of positive net absorption over the past year
- Current 84% occupancy across both assets provide stable in-place cash flow while offering meaningful upside through lease-up

## CHALLENGES

- Near term lease rollover increases renewal and leasing activity over the next 2 to 4 years
- Larger format retail leasing remains relatively limited, with most recent activity concentrated among smaller and mid-sized tenants
- Leasing efforts will likely require additional tenant improvements, leasing commissions and rent concessions to maintain occupancy

## OPPORTUNITIES

- Short remaining lease terms provide the ability to capture market rent growth as tenants renew or spaces are re-leased
- Continued housing development and above-average population growth are expected to support long-term retail demand throughout the area
- New retail construction remains modest in the near-term relative to the size of the market, limiting immediate competitive

## RISKS

- Concentrated lease rollover over the next few years could create temporary vacancy if some tenants elect not to renew
- Recent retailer bankruptcies illustrate continued disruption among certain retail categories despite otherwise healthy market fundamentals
- Although near-term construction is limited, the market has a substantial pipeline of proposed retail developments that could increase competition over the long term if delivered


Hilco Real Estate
ONYX ASSET ADVISORS
Ynez Shops
27520, 27576, 27644, 27648 Ynez Rd. & 29640 Rancho California Rd.

# PROPERTY OVERVIEW - YNEZ

Hilco Real Estate | ONYX Asset Advisors







| | Ynez Shops |
|---|---|
| PROPERTY TYPE | Multi-Tenant Retail (Neighborhood Center) |
| BUILDING SIZE | 84,448 SF |
| LAND AREA | 10.47 AC |
| LAND-TO-BUILDING | 5.31 |
| BUILDING COUNT | Seven |
| YEAR BUILT | 1989 – 1991 |
| STORIES | One |
| PARKING | 900; 10.48 Per 1,000 SF |
| OCCUPANCY | 86.4% |
| WALT REMAINING | 1.71 Years |
| TENANT COUNT | Twenty |
| ZONING | CC: Community Commercial |
| MARKET ASKING RENT – STRIP CENTERS | $20.04 PSF Annually |
| APPRAISAL DATE OF VALUE – AS IS | 12/10/2025 |
| APPRAISED VALUE | $31,800,000 or $370 PSF |
| OWNER OF RECORD | Ynez Shops LLC |
| 2026 ASSESSMENT INFORMATION | Land: $6.9MM, Bldg: 22MM. Total: $28.9MM |
| LAST SALE | $21,857,500 in February 2021 |

# INCOME ANALYSIS – RENT ROLL – YNEZ

Hilco Real Estate | ONYX Asset Advisors

The below rent roll was created based on a rent roll provided, dated 7/16/2026. HRE is currently unaware of any ongoing lease negotiations and thus has not included any speculative deals in our analysis. Listed in that rent roll is Phoenix Foods (Exp. 12/31/2025) which Hilco has modeled as vacant, as well as Launch Family Entertainment which is not currently paying rent. We have modeled 12 months of no rent on this space, followed by a market leasing assumption for purposes of this analysis.

| Rent Roll Summary* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tenant | Suite(s) | Size (SF) | Building Share % | Start Date | End Date | Current Monthly Rent | Annual PSF Rent | Notes |
| Thai Kitchen | C1 | 2,000 | 2.37% | 11/1/2024 | 10/31/2029 | $7,725 | $46 | |
| Vacant Unit | C5 | 940 | 1.11% | | | | | Vacant Unit |
| Juice Bar | D1 | 1,200 | 1.42% | 8/22/1995 | 11/30/2030 | $3,900 | $39 | |
| Trend Setter Collections | D3 | 800 | 0.95% | 7/1/2024 | 6/30/2027 | $2,006 | $30 | |
| Hearx West | D5 | 1,190 | 1.41% | 3/3/2019 | 5/31/2029 | $3,126 | $32 | |
| TSP Group, LLC | O1 | 1,859 | 2.20% | 9/7/2023 | 7/31/2033 | $5,936 | $38 | |
| Rubio's Coastal Grill | O2 | 2,916 | 3.45% | 11/1/2014 | 10/31/2029 | $8,962 | $37 | |
| Beauty Supply Systems Group | H09 | 2,600 | 3.08% | 9/11/2017 | 9/30/2027 | $5,720 | $26 | |
| Vacant Unit | H13 | 700 | 0.83% | | | | | |
| K Sushi Bar & Grill | H15 | 3,399 | 4.02% | 7/15/2015 | 7/31/2030 | $12,746 | $45 | |
| Simon's Dole Whip & … | L01 | 1,036 | 1.23% | 9/14/2020 | 12/31/2030 | $2,702 | $31 | |
| Vibez Smoke Shop | L03 | 1,979 | 2.34% | 10/24/2023 | 1/31/2029 | $7,664 | $46 | |
| Postal Annex | L07 | 950 | 1.12% | 12/1/2012 | 6/30/2029 | $2,343 | $30 | |
| Vacant Unit | L09 | 977 | 1.16% | | | | | Vacant Unit |
| Poki Poki | L11 | 1,000 | 1.18% | 12/14/2016 | 6/30/2029 | $3,183 | $38 | |
| Subway Real Estate, LLC | L13 | 1,501 | 1.78% | 6/5/1989 | 2/28/2029 | $4,586 | $37 | |
| Vacant Unit | L17 | 1,499 | 1.78% | | | | | Vacant Unit |
| Vacant Unit | M01 | 2,641 | 3.13% | | | | | Fmr. Phoenix Foods |
| Vacant Unit | M05 | 990 | 1.17% | | | | | Vacant Unit |
| Vacant Unit | M06 | 1,320 | 1.56% | | | | | Vacant Unit |
| Mountain Mike's Pizza | M07 | 2,772 | 3.28% | 6/4/2019 | 6/3/2029 | $6,637 | $29 | |
| Banfield Pet Hospital | M11 | 3,410 | 4.04% | 5/2/2018 | 5/31/2028 | $11,253 | $40 | |
| Kitchen Fantasy | H01A | 2,900 | 3.43% | 10/1/2012 | 2/28/2031 | $7,395 | $31 | |
| Vacant Unit | H01B | 2,415 | 2.86% | | | | $0 | Vacant Unit |
| JP Morgan Chase Bank, N.A | PAD1 | 5,362 | 6.35% | 11/1/2014 | 10/31/2029 | $24,129 | $54 | |
| Enterprise Rent a Car | PAD5 | 800 | 0.95% | 5/15/2015 | 6/30/2031 | $6,652 | $100 | |
| Launch Family Entertainment | ANCH8, Kiosk | 35,292 | 41.79% | 7/30/2025 | 7/31/2026 | $0 | $0 | Exp. 7/31/2026 |
| | | 84,448 | 100.00% | | | | $18.00 | |

*Per Rent Roll dated 7/16/2026

# INCOME ANALYSIS – MARKET LEASING ASSUMPTIONS – YNEZ

Hilco Real Estate | ONYX Asset Advisors

In addition to the below market leasing assumptions, HRE has applied a 10% global vacancy and collection loss factor to account for normal leasing friction, including tenant turnover, downtime between leases, renewal negotiations, and potential credit loss. This assumption reflects stabilized operating conditions rather than current occupancy and recognizes that even well-performing retail assets experience periodic vacancy over time.

| Market Leasing Assumptions (MLAs) | | | | | |
|---|---|---|---|---|---|
| | High Exposure | Jr. Anchors | Standard | Restaurant | Bank |
| Term Length (Years/Months) | 5/0 | 10/0 | 5/5 | 10/0 | 10/0 |
| Renewal Probability | 65.00% | 65.00% | 65.00% | 65.00% | 65.00% |
| Months Vacant | 6 | 6 | 6 | 6 | 6 |
| Months Vacant (Blended) | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| Market Base Rent (UOM) | $ / SF / Month | $ / SF / Month | $ / SF / Month | $ / SF / Month | $ / SF / Month |
| Market Base Rent (New) | 2.5 | 1.25 | 2 | 3 | 4 |
| Rent Increases(UOM) | % Increase | % Increase | % Increase | % Increase | % Increase |
| Fixed Steps | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% |
| New Free Rent (Months) | 5 | 10 | 5 | 10 | 10 |
| Renewal Free Rent (Months) | 5 | 10 | 5 | 10 | 10 |
| Blended Free Rent (Months) | 5 | 10 | 5 | 10 | 10 |
| Recovery Type | Net | Net | Net | Net | Net |
| Tenant Improvements (UOM) | $ / Area | $ / Area | $ / Area | $ / Area | $ / Area |
| Tenant Improvements (New) | 25 | 25 | 25 | 50 | 50 |
| Tenant Improvements (Renew) | 15 | 15 | 15 | 0 | 0 |
| Tenant Improvements (Blended) | 18.5 | 18.5 | 18.5 | 17.5 | 17.5 |
| Leasing Commissions (New UOM) | Fixed % | Fixed % | Fixed % | Fixed % | Fixed % |
| Leasing Commissions (New) | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% |
| Leasing Commissions (Renew UOM) | Fixed % | Fixed % | Fixed % | Fixed % | Fixed % |
| Leasing Commissions (Renew) | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Leasing Commissions (Blended) | 4.05% | 4.05% | 4.05% | 4.05% | 4.05% |
| Upon Expiration | High Exposure | Jr. Anchors | Standard | Restaurant | Bank |

# INCOME ANALYSIS – CASH FLOW PROJECTION – YNEZ

Hilco Real Estate
ONYX ASSET ADVISORS

| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | |
| For the Years Ending | Aug-2027 | Aug-2028 | Aug-2029 | Aug-2030 | Aug-2031 | Aug-2032 | Aug-2033 | Aug-2034 | Aug-2035 | Aug-2036 | Aug-2037 | Total |
| **Rental Revenue** | | | | | | | | | | | | |
| Potential Base Rent | 2,645,062 | 2,624,191 | 2,568,213 | 2,534,001 | 2,517,255 | 2,531,438 | 2,590,362 | 2,648,219 | 2,689,795 | 2,728,208 | 2,814,332 | 28,891,076 |
| Absorption & Turnover Vacancy | -620,684 | -306,483 | -147,776 | -87,644 | -38,038 | -26,498 | -58,225 | -50,659 | -63,354 | -9,647 | -20,567 | -1,429,575 |
| Free Rent | -368,453 | -116,456 | -144,653 | -391,953 | -239,761 | -48,233 | -101,805 | -212,893 | -182,852 | -17,926 | -57,732 | -1,882,716 |
| Scheduled Base Rent | 1,655,926 | 2,201,252 | 2,275,784 | 2,054,405 | 2,239,456 | 2,456,707 | 2,430,332 | 2,384,666 | 2,443,589 | 2,700,634 | 2,736,033 | 25,578,785 |
| Total Rental Revenue | 1,655,926 | 2,201,252 | 2,275,784 | 2,054,405 | 2,239,456 | 2,456,707 | 2,430,332 | 2,384,666 | 2,443,589 | 2,700,634 | 2,736,033 | 25,578,785 |
| **Other Tenant Revenue** | | | | | | | | | | | | |
| Total Expense Recoveries | 971,146 | 1,291,263 | 1,416,465 | 1,493,362 | 1,540,416 | 1,584,323 | 1,595,838 | 1,628,145 | 1,651,512 | 1,729,578 | 2,070,637 | 16,972,685 |
| Total Other Tenant Revenue | 971,146 | 1,291,263 | 1,416,465 | 1,493,362 | 1,540,416 | 1,584,323 | 1,595,838 | 1,628,145 | 1,651,512 | 1,729,578 | 2,070,637 | 16,972,685 |
| Total Tenant Revenue | 2,627,071 | 3,492,515 | 3,692,249 | 3,547,767 | 3,779,872 | 4,041,030 | 4,026,170 | 4,012,811 | 4,095,101 | 4,430,213 | 4,806,671 | 42,551,470 |
| Potential Gross Revenue | 2,627,071 | 3,492,515 | 3,692,249 | 3,547,767 | 3,779,872 | 4,041,030 | 4,026,170 | 4,012,811 | 4,095,101 | 4,430,213 | 4,806,671 | 42,551,470 |
| **Vacancy & Credit Loss** | | | | | | | | | | | | |
| Vacancy Allowance | -15,445 | -158,894 | -322,627 | -359,376 | -429,656 | -471,774 | -442,114 | -447,116 | -446,057 | -534,236 | -570,770 | -4,198,064 |
| Total Vacancy & Credit Loss | -15,445 | -158,894 | -322,627 | -359,376 | -429,656 | -471,774 | -442,114 | -447,116 | -446,057 | -534,236 | -570,770 | -4,198,064 |
| Effective Gross Revenue | 2,611,626 | 3,333,621 | 3,369,622 | 3,188,391 | 3,350,216 | 3,569,256 | 3,584,056 | 3,565,695 | 3,649,044 | 3,895,977 | 4,235,901 | 38,353,405 |
| **Operating Expenses** | | | | | | | | | | | | |
| Real Estate Taxes | 202,450 | 206,499 | 210,629 | 214,842 | 219,138 | 223,521 | 227,992 | 232,551 | 237,202 | 241,947 | 510,308 | 2,727,080 |
| Management | 130,581 | 166,681 | 168,481 | 159,420 | 167,511 | 178,463 | 179,203 | 178,285 | 182,452 | 194,799 | 211,795 | 1,917,670 |
| Insurance | 54,891 | 55,989 | 57,109 | 58,251 | 59,416 | 60,604 | 61,816 | 63,053 | 64,314 | 65,600 | 66,912 | 667,955 |
| Security | 126,672 | 129,205 | 131,790 | 134,425 | 137,114 | 139,856 | 142,653 | 145,506 | 148,416 | 151,385 | 154,412 | 1,541,436 |
| Marketing & Advertising | 4,222 | 4,307 | 4,393 | 4,481 | 4,570 | 4,662 | 4,755 | 4,850 | 4,947 | 5,046 | 5,147 | 51,381 |
| Utilities | 295,568 | 301,479 | 307,509 | 313,659 | 319,932 | 326,331 | 332,858 | 339,515 | 346,305 | 353,231 | 360,296 | 3,596,683 |
| Janitorial & Cleaning | 46,446 | 47,375 | 48,323 | 49,289 | 50,275 | 51,281 | 52,306 | 53,352 | 54,419 | 55,508 | 56,618 | 565,193 |
| Landscaping | 84,448 | 86,137 | 87,860 | 89,617 | 91,409 | 93,237 | 95,102 | 97,004 | 98,944 | 100,923 | 102,942 | 1,027,624 |
| Repairs & Maintenance | 253,344 | 258,411 | 263,579 | 268,851 | 274,228 | 279,712 | 285,306 | 291,013 | 296,833 | 302,770 | 308,825 | 3,082,871 |
| Other CAM | 63,336 | 64,603 | 65,895 | 67,213 | 68,557 | 69,928 | 71,327 | 72,753 | 74,208 | 75,692 | 77,206 | 770,718 |
| Total Operating Expenses | 1,261,959 | 1,320,687 | 1,345,567 | 1,360,047 | 1,392,151 | 1,427,596 | 1,453,318 | 1,477,882 | 1,508,042 | 1,546,900 | 1,854,462 | 15,948,610 |
| Net Operating Income | 1,349,667 | 2,012,934 | 2,024,055 | 1,828,344 | 1,958,065 | 2,141,660 | 2,130,738 | 2,087,813 | 2,141,002 | 2,349,076 | 2,381,439 | 22,404,795 |
| **Leasing Costs** | | | | | | | | | | | | |
| Tenant Improvements | 930,840 | 281,505 | 299,299 | 298,826 | 167,234 | 77,617 | 258,342 | 237,339 | 325,526 | 26,531 | 106,803 | 3,009,861 |
| Leasing Commissions | 68,006 | 84,164 | 86,661 | 220,465 | 83,553 | 21,399 | 71,225 | 89,434 | 89,748 | 8,342 | 29,446 | 852,442 |
| Total Leasing Costs | 998,846 | 365,669 | 385,960 | 519,290 | 250,787 | 99,016 | 329,567 | 326,772 | 415,274 | 34,873 | 136,249 | 3,862,303 |
| **Capital Expenditures** | | | | | | | | | | | | |
| Replacement Reserves | 16,890 | 17,227 | 17,572 | 17,923 | 18,282 | 18,647 | 19,020 | 19,401 | 19,789 | 20,185 | 20,588 | 205,525 |
| Total Capital Expenditures | 16,890 | 17,227 | 17,572 | 17,923 | 18,282 | 18,647 | 19,020 | 19,401 | 19,789 | 20,185 | 20,588 | 205,525 |
| Total Leasing & Capital Costs | 1,015,736 | 382,896 | 403,532 | 537,213 | 269,069 | 117,663 | 348,587 | 346,173 | 435,062 | 55,057 | 156,838 | 4,067,827 |
| Cash Flow Before Debt Service | 333,931 | 1,630,038 | 1,620,524 | 1,291,130 | 1,688,997 | 2,023,997 | 1,782,151 | 1,741,640 | 1,705,940 | 2,294,019 | 2,224,602 | 18,336,967 |

# INCOME ANALYSIS – VALUATION MATRIX – YNEZ

Hilco Real Estate | ONYX Asset Advisors

Utilizing the rent roll displayed previously on page 7, HRE ran a discounted cash flow analysis on the center. We applied a 10% loss to vacancy & collections, which is in line with how a market participant would look at the property today.

The analysis assumes a 7.0% terminal (exit) cap rate, an 8.5% discount rate and factors in a 4% cost of sale at the end of a theoretical hold period which an investor would also consider.

There are expenses as well as time associated with stabilizing the property, which have been considered as part of the discounted cash flow analysis. These time and costs are applying downward pressure on the as-is value of the property.

The results of this analysis can be seen matrixed around the market Rates HRE applied, showing the potential ranges of value a potential buyer may see depending on their situation: market positioning, goals, return expectations, cost of capital etc.

| Key Valuation Policies | |
|---|---|
| **Valuation (PV/IRR) Date:** | June, 2026 |
| **Date of Sale:** | May, 2036 |
| **Discount Method:** | Annual |
| **Period to Cap (at Sale):** | 12 Months After Sale |

**Value Matrix**

| **Table Shows:** | **1) Unleveraged PV's<br>2) Unleveraged PV's $/SF<br>3) Going In Cap. Rates** | **1) Net Sale Price 2) Exit Cap Rate** | | | | |
|---|---|---|---|---|---|---|
| | | **38,103,029**<br>**6.00%** | **35,172,027**<br>**6.50%** | **32,659,739**<br>**7.00%** | **30,482,423**<br>**7.50%** | **28,577,272**<br>**8.00%** |
| **1) Cash Flow Discount Rate<br>2) Resale Discount Rate** | **7.50%<br>7.50%** | 29,021,306<br>343.66<br>4.65% | 27,599,202<br>326.82<br>4.89% | 26,380,255<br>312.38<br>5.12% | 25,323,835<br>299.87<br>5.33% | 24,399,467<br>288.93<br>5.53% |
| | **8.00%<br>8.00%** | 27,912,963<br>330.53<br>4.84% | 26,555,342<br>314.46<br>5.08% | 25,391,667<br>300.68<br>5.32% | 24,383,148<br>288.74<br>5.54% | 23,500,694<br>278.29<br>5.74% |
| | **8.50%<br>8.50%** | 26,855,914<br>318.02<br>5.03% | 25,559,575<br>302.67<br>5.28% | **24,448,427<br>289.51<br>5.52%** | 23,485,432<br>278.11<br>5.75% | 22,642,811<br>268.13<br>5.96% |
| | **9.00%<br>9.00%** | 25,847,495<br>306.08<br>5.22% | 24,609,408<br>291.41<br>5.48% | 23,548,190<br>278.85<br>5.73% | 22,628,468<br>267.96<br>5.96% | 21,823,712<br>258.43<br>6.18% |
| | **9.50%<br>9.50%** | 24,885,191<br>294.68<br>5.42% | 23,702,490<br>280.68<br>5.69% | 22,688,746<br>268.67<br>5.95% | 21,810,168<br>258.27<br>6.19% | 21,041,412<br>249.16<br>6.41% |

| Sales Price Calculation | | | | | |
|---|---|---|---|---|---|
| **NOI To Capitalize** | **2,381,439** | **2,381,439** | **2,381,439** | **2,381,439** | **2,381,439** |
| Divided by Cap Rate | 6.00% | 6.50% | 7.00% | 7.50% | 8.00% |
| **Gross Sales Price** | **39,690,655** | **36,637,528** | **34,020,562** | **31,752,524** | **29,767,991** |
| Adjustments to Sale | 0 | 0 | 0 | 0 | 0 |
| **Adjusted Gross Sales Price** | **39,690,655** | **36,637,528** | **34,020,562** | **31,752,524** | **29,767,991** |
| Cost of Sales | -1,587,626 | -1,465,501 | -1,360,822 | -1,270,101 | -1,190,720 |
| **Net Sale Price** | **38,103,029** | **35,172,027** | **32,659,739** | **30,482,423** | **28,577,272** |

* Results displayed are based on Forecast data only


Hilco Real Estate
ONYX
ASSET ADVISORS
Pro Temecula Town Center
25776, 27536, 27560 Ynez Rd. & 29720 Rancho California Rd.

# PROPERTY OVERVIEW – PRO TEMECULA

Hilco Real Estate | ONYX Asset Advisors







| | Pro Temecula Town Center |
|---|---|
| PROPERTY TYPE | Multi-Tenant Retail (Neighborhood Center) |
| BUILDING SIZE | 157,088 SF |
| LAND AREA | 15.00 AC |
| LAND-TO-BUILDING | 4.18 |
| BUILDING COUNT | Seven |
| YEAR BUILT | 1989 |
| STORIES | One |
| PARKING | 800; 5.11 Per 1,000 SF |
| OCCUPANCY | 83.8% |
| WALT REMAINING | 3.67 Years |
| TENANT COUNT | Thirty-Five |
| ZONING | CC: Community Commercial |
| MARKET ASKING RENT | $20.04 PSF Annually |
| APPRAISAL DATE OF VALUE | 12/10/2025 |
| APPRAISED VALUE | $51,800,000 or $331 PSF |
| OWNER OF RECORD | Pro Temecula Town Center LLC |
| ASSESSMENT INFORMATION | Land: $8.6MM, Bldg: $29.4MM, Total: $38MM |
| LAST SALE | $29,143,000 IN February 2021 |

# INCOME ANALYSIS – RENT ROLL – PRO TEMECULA

Hilco Real Estate | ONYX Asset Advisors

The below rent roll was created based on a rent roll provided, dated 7/16/2026. HRE is currently unaware of any ongoing lease negotiations and thus has not included any speculative deals in our analysis.

| Rent Roll Summary* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tenant | Suite(s) | Size (SF) | Building Share % | Start Date | End Date | Current Monthly Rent | Annual PSF Rent | Notes |
| Vacant Unit | I9 | 1,600 | 1.02% | | | | | Vacant Unit |
| Vacant Unit | Q1 | 2,794 | 1.78% | | | | | Vacant Unit |
| Vacant Unit | Q2 | 1,766 | 1.12% | | | | | Vacant Unit |
| Spectrum Store | F01 | 3,562 | 2.27% | 11/1/2018 | 1/31/2029 | $11,609 | $39.11 | |
| Doodlebugs Art Studio | F07 | 1,158 | 0.74% | 5/17/2025 | 5/31/2029 | $3,993 | $41.38 | |
| Kumon Learning Center | F09 | 1,200 | 0.76% | 4/1/2011 | 3/31/2029 | $3,221 | $32.21 | |
| Eyeglass Express | F11 | 1,100 | 0.70% | 3/1/2014 | 6/30/2029 | $3,116 | $33.99 | |
| Lost & Found Barber | F13 | 1,100 | 0.70% | 2/21/2023 | 6/30/2028 | $3,501 | $38.19 | |
| Anasa Hair Studio | F15 | 2,300 | 1.46% | 7/1/2008 | 6/30/2029 | $5,741 | $29.95 | |
| Massage by Sunny LLC | F19 | 1,200 | 0.76% | 7/6/2026 | 9/30/2028 | $3,183 | $31.83 | |
| Pho Ha | F21 | 2,930 | 1.87% | 7/26/2009 | 6/30/2030 | $4,833 | $19.80 | |
| Vacant Unit | F25 | 1,167 | 0.74% | | | | | Vacant Unit |
| Vacant Unit | F27 | 2,372 | 1.51% | | | | | Vacant Unit |
| Town Center Laundromat | G01 | 4,267 | 2.72% | 2/2/2016 | 2/28/2031 | $8,911 | $25.06 | |
| Little Caesar's Pizza | G03 | 1,300 | 0.83% | 1/31/1995 | 8/31/2026 | $4,925 | $45.46 | |
| Temecula Center Dental | G05 | 1,300 | 0.83% | 2/6/2004 | 9/30/2035 | $4,687 | $43.26 | |
| Lucky Feet Shoes, Inc. | G07 | 1,300 | 0.83% | 3/1/2014 | 8/31/2029 | $3,481 | $32.14 | |
| Charlene LLC | G09 | 1,196 | 0.76% | 5/1/2013 | 3/31/2030 | $3,136 | $31.47 | |
| Temecula Pool & ... | G11 | 1,404 | 0.89% | 9/23/1996 | 5/31/2030 | $3,760 | $32.14 | |
| Vacant Unit | I01 | 3,454 | 2.20% | | | | | Vacant Unit |
| Vacant Unit | I03 | 1,845 | 1.17% | | | | | Vacant Unit |
| Vacant Unit | I05 | 3,206 | 2.04% | | | | | Vacant Unit |
| Edible Arragnements | I11 | 1,600 | 1.02% | 11/1/2021 | 10/31/2031 | $3,200 | $24.00 | |
| Juan Pollo | I13 | 1,600 | 1.02% | 12/1/2004 | 12/1/2026 | $4,456 | $33.42 | |
| Nothing Bundt Cakes | J01 | 2,050 | 1.31% | 3/22/2010 | 4/30/2030 | $7,179 | $42.03 | |
| Vivian Spa & Nails | J05 | 1,000 | 0.64% | 12/1/2013 | 12/31/2028 | $2,101 | $25.21 | |
| Bill & Dallas Dedich.. | J07 | 1,000 | 0.64% | 6/1/2024 | 5/31/2027 | $1,273 | $15.28 | |
| uBreak iFix | J09 | 1,000 | 0.64% | 11/12/2018 | 12/31/2028 | $2,520 | $30.24 | |
| Ghasem Separ And... | J11 | 972 | 0.62% | 2/1/2014 | 12/31/2028 | $2,166 | $26.73 | |
| Kitt Kathy Bowles | J13 | 977 | 0.62% | 2/1/2025 | 1/31/2028 | $2,369 | $29.10 | |
| Love Optometry, Inc. | J15 | 1,949 | 1.24% | 1/10/2025 | 1/31/2028 | $6,032 | $37.14 | |
| Vacant Unit | K01 | 1,400 | 0.89% | | | | | Vacant Unit |

# INCOME ANALYSIS – RENT ROLL – PRO TEMECULA CONTINUED

Hilco Real Estate | ONYX Asset Advisors

| Rent Roll Summary* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tenant | Suite(s) | Size (SF) | Building Share % | Start Date | End Date | Current Monthly Rent | Annual PSF Rent | Notes |
| Rancho Donuts | K03 | 1,400 | 0.89% | 6/1/2015 | 5/31/2030 | $5,768 | $49.44 | |
| Vacant Unit | K05 | 2,800 | 1.78% | | | | | Vacant Unit |
| European Wax Center | K07 | 1,400 | 0.89% | 8/11/2022 | 7/31/2032 | $5,250 | $45.00 | |
| Dragon Express | K11 | 1,350 | 0.86% | 6/30/1995 | 8/31/2030 | $4,084 | $36.30 | |
| Starbucks | K13 | 1,540 | 0.98% | 3/1/2025 | 2/28/2030 | $5,777 | $45.01 | |
| Homegoods. Inc. | MAJ2 | 29,082 | 18.51% | 8/8/2003 | 11/30/2028 | $23,872 | $9.85 | |
| Extended Images & ... | P1-3 | 7,962 | 5.07% | 11/9/2023 | 4/30/2035 | $21,318 | $32.13 | |
| Vacant Unit | ANC3A | 3,000 | 1.91% | | | | | Vacant Unit |
| El Festin Candy | ANC3B | 3,000 | 1.91% | 3/9/2023 | 3/31/2028 | $9,015 | $36.06 | |
| Garfield Beach CVS | ANCH1 | 21,450 | 13.65% | 10/7/1988 | 4/30/2029 | $33,248 | $18.60 | |
| O'Reilly Auto Enterprises | ANCH2 | 8,000 | 5.09% | 3/1/2023 | 1/31/2034 | $16,000 | $24.00 | |
| PMCA Temecula, LLC | ANCH7 | 14,031 | 8.93% | 6/1/2015 | 5/31/2030 | $20,373 | $17.42 | |
| Pacific Dental Services | PAD2A | 3,553 | 2.26% | 6/17/2010 | 12/18/2030 | $12,213 | $41.25 | |
| Go Wireless, Inc. - Verizon | PAD2B | 1,451 | 0.92% | 6/1/2010 | 9/30/2031 | $5,510 | $45.57 | |
| *Vacant as of January 1, 2026* | | | 0.00% | | | | | |
| | | 157,088 | 100.00% | | | | $20.00 | |

*Per Rent Roll dated 7/16/2026

| WALT | Occupancy |
|---|---|
| 3.66 Year(s) | 83.83% |

| Lease Expiration Schedule | | | | | |
|---|---|---|---|---|---|
| Analysis Year | Year Ending | SF Expiring | % NRA | Cumulative SF Expiring | Cumulative % Expiring |
| Vacant | - | 25,404 | 16.17% | 25,404 | 16.17% |
| 1 | 12/31/2026 | 2,900 | 1.85% | 28,304 | 18.02% |
| 2 | 12/31/2027 | 1,000 | 0.64% | 29,304 | 18.65% |
| 3 | 12/31/2028 | 40,280 | 25.64% | 69,584 | 44.30% |
| 4 | 12/31/2029 | 32,070 | 20.42% | 101,654 | 64.71% |
| 5 | 12/31/2030 | 29,454 | 18.75% | 131,108 | 83.46% |
| 6 | 12/31/2031 | 7,318 | 4.66% | 138,426 | 88.12% |
| 7 | 12/31/2032 | 1,400 | 0.89% | 139,826 | 89.01% |
| 8 | 12/31/2033 | 0 | 0.00% | 139,826 | 89.01% |
| 9 | 12/31/2034 | 8,000 | 5.09% | 147,826 | 94.10% |
| 10 | 12/31/2035 | 9,262 | 5.90% | 157,088 | 100.00% |

# INCOME ANALYSIS – MARKET LEASING ASSUMPTIONS – PRO TEMECULA

Hilco Real Estate
ONYX ASSET ADVISORS

In addition to the below market leasing assumptions, HRE has applied a 10% global vacancy and collection loss factor to account for normal leasing friction, including tenant turnover, downtime between leases, renewal negotiations, and potential credit loss. This assumption reflects stabilized operating conditions rather than current occupancy and recognizes that even well-performing retail assets experience periodic vacancy over time.

| Market Leasing Assumptions (MLAs) | | | | | |
|---|---|---|---|---|---|
| | High Exposure | Low Exposure | Jr. Anchors | Large Unit | Standard |
| Term Length (Years/Months) | 5/0 | 5/0 | 10/0 | 5/0 | 5/5 |
| Renewal Probability | 65.00% | 65.00% | 65.00% | 65.00% | 65.00% |
| Months Vacant | 6 | 6 | 6 | 6 | 6 |
| Months Vacant (Blended) | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| Market Base Rent (UOM) | $ / SF / Month | $ / SF / Month | $ / SF / Month | $ / SF / Month | $ / SF / Month |
| Market Base Rent | 2.5 | 1.75 | 1.25 | 1.75 | 2 |
| Rent Increases(UOM) | % Increase | % Increase | % Increase | % Increase | % Increase |
| Fixed Steps | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% |
| CPI Increase | None | None | None | None | None |
| New Free Rent (Months) | 5 | 5 | 10 | 5 | 5 |
| Renewal Free Rent (Months) | 5 | 5 | 10 | 5 | 5 |
| Recovery Type | Net | Net | Net | Net | Net |
| Tenant Improvements (UOM) | $ / Area | $ / Area | $ / Area | $ / Area | $ / Area |
| Tenant Improvements (New) | 25 | 10 | 25 | 20 | 25 |
| Tenant Improvements (Renew) | 15 | 0 | 15 | 10 | 15 |
| Tenant Improvements (Blended) | 18.5 | 3.5 | 18.5 | 13.5 | 18.5 |
| Leasing Commissions (New UOM) | Fixed % | Fixed % | Fixed % | Fixed % | Fixed % |
| Leasing Commissions (New) | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% |
| Leasing Commissions (Renew UOM) | Fixed % | Fixed % | Fixed % | Fixed % | Fixed % |
| Leasing Commissions (Renew) | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Leasing Commissions (Blended) | 4.05% | 4.05% | 4.05% | 4.05% | 4.05% |
| Upon Expiration | High Exposure | Low Exposure | Jr. Anchors | Large Unit | Standard |

# INCOME ANALYSIS – CASH FLOW PROJECTION – PRO TEMECULA

Hilco Real Estate

ONYX ASSET ADVISORS

"Other Revenue" listed here accounts for the "Non-Residents" other monthly charges listed on the rent roll. HRE has assumed these payments will continue throughout the hold period of the analysis, despite there not being terms explicitly stating in in the provided rent roll, dated 7/16/2026.

| For the Years Ending | Forecast Year 1 May-2027 | Forecast Year 2 May-2028 | Forecast Year 3 May-2029 | Forecast Year 4 May-2030 | Forecast Year 5 May-2031 | Forecast Year 6 May-2032 | Forecast Year 7 May-2033 | Forecast Year 8 May-2034 | Forecast Year 9 May-2035 | Forecast Year 10 May-2036 | Forecast Year 11 May-2037 | Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Revenue | | | | | | | | | | | | |
| Potential Base Rent | 3,687,036 | 3,778,377 | 3,839,753 | 3,827,850 | 3,754,833 | 3,785,831 | 3,855,901 | 3,950,294 | 4,040,646 | 4,085,213 | 4,170,281 | 42,776,015 |
| Absorption & Turnover Vacancy | -684,000 | -196,730 | -154,916 | -73,025 | -120,078 | -55,825 | -78,091 | -124,377 | -58,740 | -146,153 | -36,047 | -1,727,982 |
| Free Rent | -129,850 | -148,579 | -301,059 | -646,671 | -396,622 | -123,099 | -189,784 | -242,797 | -213,709 | -341,785 | -152,863 | -2,886,819 |
| Total Rental Revenue | 2,873,186 | 3,433,068 | 3,383,777 | 3,108,153 | 3,238,132 | 3,606,907 | 3,588,027 | 3,583,120 | 3,768,197 | 3,597,276 | 3,981,370 | 38,161,214 |
| Other Tenant Revenue | | | | | | | | | | | | |
| Total Expense Recoveries | 969,761 | 1,193,605 | 1,216,490 | 1,276,024 | 1,302,580 | 1,380,630 | 1,410,010 | 1,433,772 | 1,500,746 | 1,511,042 | 1,844,523 | 15,039,182 |
| Total Other Tenant Revenue | 969,761 | 1,193,605 | 1,216,490 | 1,276,024 | 1,302,580 | 1,380,630 | 1,410,010 | 1,433,772 | 1,500,746 | 1,511,042 | 1,844,523 | 15,039,182 |
| Total Tenant Revenue | 3,842,947 | 4,626,673 | 4,600,267 | 4,384,177 | 4,540,712 | 4,987,537 | 4,998,036 | 5,016,892 | 5,268,944 | 5,108,318 | 5,825,893 | 53,200,395 |
| Other Revenue | | | | | | | | | | | | |
| Total Other Revenue - 6 Sources | 414,971 | 427,420 | 440,242 | 453,450 | 467,053 | 481,065 | 495,497 | 510,361 | 525,672 | 541,442 | 557,686 | 5,314,858 |
| Potential Gross Revenue | 4,257,917 | 5,054,093 | 5,040,510 | 4,837,626 | 5,007,765 | 5,468,601 | 5,493,533 | 5,527,254 | 5,794,616 | 5,649,760 | 6,383,579 | 58,515,253 |
| Vacancy & Credit Loss | | | | | | | | | | | | |
| Vacancy Allowance | -61,327 | -328,352 | -364,992 | -418,040 | -392,706 | -496,618 | -479,071 | -440,786 | -526,595 | -433,439 | -605,916 | -4,547,842 |
| Total Vacancy & Credit Loss | -61,327 | -328,352 | -364,992 | -418,040 | -392,706 | -496,618 | -479,071 | -440,786 | -526,595 | -433,439 | -605,916 | -4,547,842 |
| Effective Gross Revenue | 4,196,590 | 4,725,740 | 4,675,518 | 4,419,586 | 4,615,059 | 4,971,983 | 5,014,461 | 5,086,468 | 5,268,020 | 5,216,322 | 5,777,663 | 53,967,411 |
| Operating Expenses | | | | | | | | | | | | |
| Real Estate Taxes | 449,323 | 462,802 | 476,686 | 490,987 | 505,717 | 520,888 | 536,515 | 552,610 | 569,188 | 586,264 | 840,078 | 5,991,058 |
| Management | 209,829 | 236,287 | 233,776 | 220,979 | 230,753 | 248,599 | 250,723 | 254,323 | 263,401 | 260,816 | 288,883 | 2,698,370 |
| Insurance | 39,272 | 40,450 | 41,664 | 42,914 | 44,201 | 45,527 | 46,893 | 48,300 | 49,749 | 51,241 | 52,778 | 502,988 |
| Security | 39,272 | 40,450 | 41,664 | 42,914 | 44,201 | 45,527 | 46,893 | 48,300 | 49,749 | 51,241 | 52,778 | 502,988 |
| Marketing & Advertising | 7,854 | 8,090 | 8,333 | 8,583 | 8,840 | 9,105 | 9,379 | 9,660 | 9,950 | 10,248 | 10,556 | 100,598 |
| Utilities | 117,816 | 121,350 | 124,991 | 128,741 | 132,603 | 136,581 | 140,678 | 144,899 | 149,246 | 153,723 | 158,335 | 1,508,963 |
| Janitorial & Cleaning | 23,563 | 24,270 | 24,998 | 25,748 | 26,521 | 27,316 | 28,136 | 28,980 | 29,849 | 30,745 | 31,667 | 301,793 |
| Landscaping | 39,272 | 40,450 | 41,664 | 42,914 | 44,201 | 45,527 | 46,893 | 48,300 | 49,749 | 51,241 | 52,778 | 502,988 |
| Repairs & Maintenance | 235,632 | 242,701 | 249,982 | 257,481 | 265,206 | 273,162 | 281,357 | 289,798 | 298,492 | 307,446 | 316,670 | 3,017,927 |
| Other CAM | 39,272 | 40,450 | 41,664 | 42,914 | 44,201 | 45,527 | 46,893 | 48,300 | 49,749 | 51,241 | 52,778 | 502,988 |
| Total Operating Expenses | 1,201,106 | 1,257,302 | 1,285,421 | 1,304,174 | 1,346,443 | 1,397,760 | 1,434,359 | 1,473,468 | 1,519,120 | 1,554,207 | 1,857,301 | 15,630,659 |
| Net Operating Income | 2,995,484 | 3,468,439 | 3,390,097 | 3,115,413 | 3,268,616 | 3,574,223 | 3,580,103 | 3,613,000 | 3,748,900 | 3,662,115 | 3,920,362 | 38,336,752 |
| Leasing Costs | | | | | | | | | | | | |
| Tenant Improvements | 353,650 | 382,310 | 839,921 | 607,434 | 646,057 | 168,435 | 353,439 | 488,451 | 316,188 | 627,234 | 153,338 | 4,936,457 |
| Leasing Commissions | 106,398 | 114,021 | 267,610 | 193,175 | 201,385 | 54,484 | 98,641 | 138,107 | 90,405 | 181,473 | 53,609 | 1,499,308 |
| Total Leasing Costs | 460,048 | 496,331 | 1,107,531 | 800,609 | 847,443 | 222,919 | 452,081 | 626,558 | 406,594 | 808,707 | 206,947 | 6,435,766 |
| Capital Expenditures | | | | | | | | | | | | |
| Replacement Reserves | 31,418 | 32,360 | 33,331 | 34,331 | 35,361 | 36,422 | 37,514 | 38,640 | 39,799 | 40,993 | 42,223 | 402,390 |
| Total Capital Expenditures | 31,418 | 32,360 | 33,331 | 34,331 | 35,361 | 36,422 | 37,514 | 38,640 | 39,799 | 40,993 | 42,223 | 402,390 |
| Total Leasing & Capital Costs | 491,465 | 528,691 | 1,140,862 | 834,939 | 882,803 | 259,341 | 489,595 | 665,197 | 446,392 | 849,700 | 249,170 | 6,838,156 |
| Cash Flow Before Debt Service | 2,504,019 | 2,939,748 | 2,249,235 | 2,280,473 | 2,385,812 | 3,314,883 | 3,090,508 | 2,947,802 | 3,302,508 | 2,812,415 | 3,671,193 | 31,498,596 |

# INCOME ANALYSIS – VALUATION MATRIX – PRO TEMECULA

Hilco Real Estate | ONYX ASSET ADVISORS

Utilizing the rent roll displayed previously on pages 14 & 15, HRE ran a discounted cash flow analysis on the center. We applied a 10% loss to vacancy & collections, which is in line with how a market participant would look at the property today.

The analysis assumes a 7.0% terminal (exit) cap rate, an 8.5% discount rate and factors in a 4% cost of sale at the end of a theoretical hold period which an investor would also consider.

There are expenses as well as time associated with stabilizing the property, which have been considered as part of the discounted cash flow analysis. These time and costs are applying downward pressure on the as-is value of the property.

The results of this analysis can be seen matrixed around the market Rates HRE applied, showing the potential ranges of value a potential buyer may see depending on their situation: market positioning, goals, return expectations, cost of capital etc…

| Key Valuation Policies | |
|---|---|
| Valuation (PV/IRR) Date: | June, 2026 |
| Date of Sale: | May, 2036 |
| Discount Method: | Annual |
| Period to Cap (at Sale): | 12 Months After Sale |

| Value Matrix | | | | | | |
|---|---|---|---|---|---|---|
| Table Shows: | 1) Unleveraged PV's | 1) Net Sale Price 2) Exit Cap Rate | | | | |
| | 2) Unleveraged PV's $/SF | 62,725,797 | 57,900,735 | 53,764,969 | 50,180,637 | 47,044,347 |
| | 3) Going In Cap. Rates | 6.00% | 6.50% | 7.00% | 7.50% | 8.00% |
| 1) Cash Flow Discount Rate | 7.50% | 49,238,054 | 46,896,963 | 44,890,314 | 43,151,218 | 41,629,510 |
| 2) Resale Discount Rate | 7.50% | 313.44 | 298.54 | 285.77 | 274.69 | 265.01 |
| | | 6.08% | 6.39% | 6.67% | 6.94% | 7.20% |
| | 8.00% | 47,418,146 | 45,183,209 | 43,267,549 | 41,607,310 | 40,154,601 |
| | 8.00% | 301.86 | 287.63 | 275.44 | 264.87 | 255.62 |
| | | 6.32% | 6.63% | 6.92% | 7.20% | 7.46% |
| | 8.50% | 45,682,167 | 43,548,113 | 41,718,924 | 40,133,626 | 38,746,491 |
| | 8.50% | 290.81 | 277.22 | 265.58 | 255.48 | 246.65 |
| | | 6.56% | 6.88% | 7.18% | 7.46% | 7.73% |
| | 9.00% | 44,025,761 | 41,987,603 | 40,240,611 | 38,726,550 | 37,401,748 |
| | 9.00% | 280.26 | 267.29 | 256.17 | 246.53 | 238.09 |
| | | 6.80% | 7.13% | 7.44% | 7.73% | 8.01% |
| | 9.50% | 42,444,818 | 40,497,838 | 38,828,997 | 37,382,669 | 36,117,131 |
| | 9.50% | 270.20 | 257.80 | 247.18 | 237.97 | 229.92 |
| | | 7.06% | 7.40% | 7.71% | 8.01% | 8.29% |

| Sales Price Calculation | | | | | |
|---|---|---|---|---|---|
| NOI To Capitalize | 3,920,362 | 3,920,362 | 3,920,362 | 3,920,362 | 3,920,362 |
| Divided by Cap Rate | 6.00% | 6.50% | 7.00% | 7.50% | 8.00% |
| Gross Sales Price | 65,339,371 | 60,313,266 | 56,005,176 | 52,271,497 | 49,004,529 |
| Adjustments to Sale | 0 | 0 | 0 | 0 | 0 |
| Adjusted Gross Sales Price | 65,339,371 | 60,313,266 | 56,005,176 | 52,271,497 | 49,004,529 |
| Cost of Sales | -2,613,575 | -2,412,531 | -2,240,207 | -2,090,860 | -1,960,181 |
| Net Sale Price | 62,725,797 | 57,900,735 | 53,764,969 | 50,180,637 | 47,044,347 |

# SALES COMPARABLES

Hilco Real Estate | ONYX Asset Advisors

The comparable sales presented on this page reflect recent pricing trends for retail centers of similar age, construction, and location within the Temecula retail corridor. Relevant differences between each comparable and the subject property, including size, physical attributes, occupancy, and market conditions, were taken into consideration.

| Property / Comp ID | Subject Property | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 |
|---|---|---|---|---|---|---|
| **Property Name** | Ynez Shops & Pro Temecula | The Commons at Temecula | The Commons at Temecula | The Commons at Temecula | Murrieta Town Center | Butterfield Station Shopping Ctr. |
| |  |  |  |  |  |  |
| Property Address | Ynez Rd & Rancho California Rd. | 40408 - 40458 Winchester Rd. | 40462-40470 Winchester Rd. | 40474-40480 Winchester Rd. | Murrieta Town Center | Butterfield Station Shopping Ctr. |
| City | Temecula | Temecula | Temecula | Temecula | Temecula | Temecula |
| State | California | California | California | California | California | California |
| Submarket | South Riverside | South Riverside | South Riverside | South Riverside | South Riverside | South Riverside |
| Sale/Listing | | Sale | Sale | Sale | Sale | Sale |
| Property Type | Retail | Retail | Retail | Retail | Retail | Retail |
| Property Sub-Type | Neighborhood Center | Community Center | Community Center | Community Center | Community Center | Neighborhood Center |
| Year Built / Renovated | 1989 - 1991 | 2000 | 2000 | 2000 | 1990 - 1991 | 2007 |
| Number of Buildings | Fourteen | One | One | One | Thirteen | Three |
| Number of Stories | One | One | One | One | One | One |
| Net Rentable SF | 241,536 | 182,372 | 57,021 | 44,406 | 380,000 | 30,041 |
| Site Size (AC) | 25.47 AC | 11.09 AC | 3.53 AC | 2.75 AC | 33.49 AC | 4.10 AC |
| Land-to-Building Ratio | 4.59 | 2.65 | 2.70 | 2.70 | 3.84 | 5.95 |
| **Sale / Listing Price** | | **$41,977,461** | **$13,465,670** | **$8,577,809** | **$74,813,500** | **$9,800,000** |
| **Sale / Listing Price PSF** | | **$230** | **$236** | **$193** | **$197** | **$326** |
| Sale / Listing Date | | 6/16/2026 | 6/16/2026 | 6/16/2026 | 12/22/2025 | 9/17/2025 |
| Days on Market | | Unavailable | Unavailable | Unavailable | 159 | Unavailable |
| Other Notes | 14 Buildings total | Part of a 23 property national portfolio sold by Kite Realty to DRA Advisors. Portfolio was 95% occupied at sale. | Part of a 23 property national portfolio sold by Kite Realty to DRA Advisors. Portfolio was 95% occupied at sale. | Part of a 23 property national portfolio sold by Kite Realty to DRA Advisors. Portfolio was 95% occupied at sale. | 13 property portfolio, Murriera Town Center. Portfolio was 90% occupied at sale. | Grocery Anchored Shopping Center |

| Sales Comparison Summary (Price Per SF) | | Notes |
|---|---|---|
| Minimum: | $193 | The comparable sales presented above reflect recent pricing trends for properties of similar age, construction, and location. Differences in size, physical attributes, occupancy, and market conditions were considered in the context of each transaction. |
| Maximum: | $326 | |
| Weighted Average: | $214 | |
| Median: | $230 | This analysis is not HRE's opinion of value, but rather a test of reasonableness to support an appropriate pricing range. |

# CONCLUSION

Hilco Real Estate

ONYX ASSET ADVISORS

After reviewing the available property information, researching comparable sales estimating income and operating expenses, HRE has come to the below opinion of the pricing range:

## BROKERS OPINION OF VALUE (AS-IS) – YNEZ SHOPS

| | |
|---|---|
| STRETCH VALUE | $26,400,000 or about $312 per square foot |
| EXPECTED VALUE | $24,500,000 or about $290 per square foot |
| BASE VALUE | $22,700,000 or about $269 per square foot |

## BROKERS OPINION OF VALUE (AS-IS) – PRO TEMECULA

| | |
|---|---|
| STRETCH VALUE | $45,000,000 or about $288 per square foot |
| EXPECTED VALUE | $41,000,000 or about $262 per square foot |
| BASE VALUE | $37,000,000 or about $236 per square foot |

We would market the property using a date certain strategy to create urgency in the marketplace and force buyers to act. Our sales programs typically take between 90-120 days from start to closing. We will provide a more detailed sales proposal outlining our recommended sales strategy, timeline and fees separate from this BOV.

Hilco Real Estate did not inspect this property in connection with this Broker Opinion of Value (BOV). This estimated valuation only accounts for property attributes, a review of market intelligence obtained by Hilco Real Estate and third-party data services. This BOV is for internal discussion purposes and should not be construed as an appraisal report. The reader is cautioned that only preliminary findings are available and additional research and analysis may be needed to fully understand the subject's market position. The financial projections represented herein contain estimates and assumptions based on our study of the current market and property conditions, and the related upside potential. Hilco Real Estate Sales, LLC neither warrants nor guarantees the results of these projections since unanticipated events and circumstances may occur.

# PROJECT TEAM

ONYX
ASSET ADVISORS



## K. KEVIN OTUS

Managing Partner

As the Founder of Onyx Asset Advisors, Kevin oversees the firm's overall operations. Onyx's model is best understood as a three-pillar approach, combining the capabilities of a disposition firm, a distressed investment bank, and a merchant bank with capital to deploy. Kevin is responsible for sourcing, structuring, and executing investment and disposition strategies focused on the monetization of underperforming and excess assets across a wide range of industries. Kevin brings more than 35 years of experience in the disposition, advisory, and valuation sectors.

A Board Member of the Northern CA Chapter of the Turnaround Management Association (TMA), Kevin has spoken on panels for the TMA, as well as the Bay Area Bankruptcy Forum (BABF), California Bankruptcy Judges Forum, Bar Association of San Francisco, American Bankruptcy Institute, and the Association of Insolvency & Restructuring Advisors. His recurring topics include distressed asset investing/deal strategy, post-pandemic challenges in the wine & adult beverage industry, assignment for the benefit of creditors, and bankruptcy/Chapter 11 process issues (often tied to COVID-era credit and capital markets disruption).



## PAUL BUIE

Managing Director

Paul is focused on Originations and Investments for the firm. He works closely with restructuring professionals, secured lenders, corporate executives, venture capitalists as well as private equity groups to help them understand and monetize the underlying value of all types of businesses and assets, including inventory, machinery & equipment, intellectual property and real estate. He has over 25 years of expertise in investment banking, advisory, monetization, valuation, treasury, and lending industries.

A Board Member of the Southern CA Chapter of the Turnaround Management Association (TMA), and active with the Orange County Bankruptcy Forum and Information Management Network (IMN), Paul has been a speaker on various panels focused on challenges facing the wine and adult beverage industry, commercial and industrial loan trends, agricultural lending workouts, and bankruptcy/special-assets. Paul is also fluent in French.

# PROJECT TEAM

Hilco Real Estate



## JEFF AZUSE

Executive Vice President

Jeff leads business development efforts related to Hilco's real estate sales operation. Jeff crafts both the strategy and execution of property sales, which is inclusive of new client relations, targeted marketing (both implementation and reporting), website marketplace management, buyer interaction, event management and facilitation of transaction closings.

Over his 25-year career, Jeff has sold a vast portfolio of properties across all asset types, including both commercial and residential real estate: hotels, golf courses, gas stations, restaurants, development land, mineral rights, luxury homes, hundreds of condominiums, portfolios of warehouse properties and note sales. He has managed transactions for several high-profile clients including Bank of America, Fifth Third Bank, US Bank, United Central Bank, Torchlight Investors, Hanmi Bank, ALCOA Steel, Canyon Resources Gold Company, Steak 'n Shake Restaurants, Cambridge Home Builders, DIY Home Warehouses and many more.



## JEFF HUBBARD

Managing Director

Jeff joined Hilco Real Estate Sales in 2024 as Managing Director, responsible as team lead for business development in the firm's asset sales division. He brings over 30 years of experience in this sector, generating billions of dollars in real estate sales across almost every real estate category.

Jeff's entire career focus has been executing accelerated marketing programs for commercial and residential property on behalf of small and midsize companies, Fortune 500 Corporations, REITS, financial institutions, developers, non-profit and religious organizations as well as investors and affluent private owners. A particular area of expertise has been the execution of commercial and residential portfolio sales, with Jeff having conducted some of the largest portfolio auctions in the U.S. on behalf of major financial institutions including Wells Fargo, Citicorp, Fortress Investment Group and many others.

Jeff is a nationally recognized expert in the bankruptcy and restructuring field, where he has represented debtors, secured creditors, trustees and receivers in real estate transactions spanning all asset classes. Building on this expertise, he also provides strategic real estate advisory services to educational institutions nationwide, offering tailored solutions that address their unique needs. A member of the American Bankruptcy Institute and the Turnaround Management Association, Jeff has been a panelist on various webinars and seminars focused on higher educational, alternative use properties, accelerated sales strategies and real estate auctions as a powerful disposition strategy.

# PROJECT TEAM

Hilco Real Estate



## KATIE DECOSTE
Senior Director

Katie joined Hilco Real Estate Sales in 2024 as Senior Director, focusing on business development for the firm's asset sales division and is currently an integral part of HRE's numerous business development endeavors.

Prior to HRE, Katie was a partner and held senior business development, project management, marketing and sales positions at industry-leading firms. Over the course of her career, Katie has co-led and executed some of the industry's largest and most high-profile national real estate sale and lease restructuring projects, representing Fortune 500 Corporations, REITs, various financial institutions, commercial and residential developers, non-profit and religious organizations as well as prominent private owners and estates. She has also represented trustees, receivers, debtors and secured creditors in numerous bankruptcy transactions.

Some of Katie's notable clients have included ALCOA, Rayonier, Plum Creek, American Greetings, Fortress Investments, Wells Fargo, the Brothers of the Holy Cross and the Pritzker Family Estate. Recent projects include the Williamsburg and William Vale Hotels in Brooklyn, New York; a Kentucky industrial portfolio; a national receiver's 22-property portfolio of development land and residential projects in various stage of completion in Texas, Colorado and Washington; and a 65-property commercial portfolio in New Jersey.

Katie is an active member of the Turnaround Management Association and the International Women's Insolvency and Restructuring Confederation.



## CHRISTIAN KOULICHKOV
Director

Christian joined Hilco Real Estate Sales in 2024 as Director, responsible for executing asset sales transactions throughout the U.S.

Prior to HRE, Christian was Managing Director with A&G's sales and valuation group. He was also formerly a partner in a national real estate firm that specialized in accelerated sales. Throughout his career, Christian has specialized in the successful sale of educational, multifamily, office, industrial, development, retail, luxury residential and special use properties in and out of bankruptcy.

Christian is an active member of the Turnaround Management Association and International Council of Shopping Centers. Away from the office, he enjoys fly fishing and is a strong supporter of Trout Unlimited. He also enjoys golfing, traveling and coaching soccer for his three boys.

# PROJECT TEAM

Hilco Real Estate



## ADAM ZIMMERMAN, MAI

Senior Director

A Hilco Global veteran, Adam has spent over 12 years within the firm's Hilco Real Estate Appraisal division and recently moved to join Hilco Real Estate (HRE) in 2021 to provide advanced valuation (BOV), yield analysis, disposition support and advisory for HRE's client base of investors, private equity, asset sales, note sales and bankruptcy real estate practitioners.

With extensive executive expertise in valuing and selling a broad range of property types using DCF (Excel) and Argus income methodologies, Adam's experience includes managing projects for a variety of purposes, including disposition, lending support, bankruptcy, restructuring, financial accounting and investment decision-making. His knowledge extends to tangible and intangible market value, real estate focused market analysis, valuation for closed/distressed properties and fully operating and stabilized assets. He has also worked across the U.S. in an expert witness capacity and is actively involved in business development, management and staff training.

Adam is a Designated Member of the Appraisal Institute (MAI) and holds Certified General Real Estate Appraiser licenses in the states of Illinois, Texas, New York and Pennsylvania. He earned his Bachelor of Arts in Journalism at the University of Kansas.



## CHRIS PARTHUM

Senior Associate

Chris is a Senior Associate at Hilco Real Estate, where he specializes in property valuation and market research, supporting both the asset sales team and the firm's capital deployment initiatives. He has experience using a range of methodologies in Excel as well as ARGUS Enterprise to underwrite various asset types including office, retail, industrial and multifamily properties.

Before joining Hilco, Chris was with Simon Property Group, where he focused on real estate analysis and redevelopment strategies. In this role, he was responsible for evaluating market trends, conducting financial modeling, and assessing the feasibility of redevelopment projects, gaining valuable experience in the retail and office sectors.

Chris holds a Bachelor of Science in Finance from the Farmer School of Business at Miami University in Oxford, Ohio. In addition, he holds a Trainee License with the Appraisal Institute, further building his expertise in property valuation and market analysis.

The information contained herein is subject to inspection and verification by all parties relying on it to formulate a bid. No liability for its inaccuracy, errors, or omissions, are assumed by the Sellers, their representatives or Broker. ALL SQUARE FOOTAGE, ACREAGE AND DIMENSIONS HEREIN ARE APPROXIMATE. This offering is subject to prior sale and may be withdrawn, modified or canceled without notice at anytime.This is not a solicitation nor offering to residents of any state where this offering may be prohibited. ©2025 Hilco Global, LLC.

# EXHIBIT 2

ONYX
ASSET ADVISORS

# EXCLUSIVE SALE CONSULTANT AGREEMENT

BETWEEN:

Company
Howard Grobstein, solely in his capacity as
Manager of both Pro Temecula Town Center, LLC and Ynez Shops, LLC
6300 Canoga Ave., Suite 1500
Woodland Hills, CA 91367

AND:

Consultant
Onyx Asset Advisors, LLC
50 California Street, Suite 1500
San Francisco, CA 94111
Attn: K. Kevin Otus

and

Hilco Real Estate CA, Inc.
5 Revere Drive, Suite 206
Northbrook, Illinois 60062

This Exclusive Sale Consultant Agreement (the "Agreement"), dated as of June 2, 2026, is entered into by Onyx Asset Advisors, LLC and Hilco Real Estate CA, Inc. (collectively, the "Consultant"), on the one hand, and Howard Grobstein, solely in his capacity as Manager of both Pro Temecula Town Center, LLC and Ynez Shops, LLC (collectively, the "Company"), on the other hand.

WHEREAS, the Company's bankruptcy cases are currently pending in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court") as Cases No. **8:26-bk-10694-SC and No. 8:26-bk-10693-SC.**

WHEREAS, the Company desires that Consultant serve as the exclusive sales agent to sell certain assets owned by the Company as further described herein; and

WHEREAS, Bankruptcy Court approval of this Agreement (in form and substance acceptable to the Consultant in its discretion) is required in order to make it effective;

NOW THEREFORE, in consideration of the agreements contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. General. This Agreement shall, upon Bankruptcy Court approval, serve as the agreement of Consultant, pursuant to which Consultant shall act as the exclusive sale agent to the Company in connection with the monetization through one or more negotiated sales of the Company's assets (each a "Sale" and collectively, the "Sales"), including, but not limited to the improved real property as detailed below ("Real Property"), and any specified equipment, furniture & fixtures, leasehold improvements and other miscellaneous assets of the Company ("Personal Property," and together with the Real Property, "Assets"), which are located at the Real Property. If applicable, a schedule of the Personal Property, once completed, will be attached to this Agreement as Exhibit A.

**Real Property**

Owned by Pro Temecula Town Center, LLC:

29560 Rancho California Rd., # 100, Temecula, CA 92591

29720 Rancho California Rd, Temecula, CA 92590

27560 Ynez Rd., Temecula, CA 92591

27536 Ynez Rd., Temecula, CA 92590

Owned by Ynez Shops, LLC:

29640 Rancho California Rd., Temecula CA 92591

27648 Ynez Rd., Temecula, CA 92590

27644 Ynez Rd., Temecula, CA 92591

27576 Ynez Rd., Temecula, CA 92591

27520 Ynez Rd., Temecula, CA 92591

A. Company agrees to file an application seeking approval of the Bankruptcy Court to (1) retain Consultant under Section 328 of the Bankruptcy Code (11 U.S.C. 101 et seq.) as the exclusive sales agent to offer the Assets for sale on the terms set forth herein, and (2) include a request for final approval of the Commission and reimbursement of Expenses with the pleading(s) seeking approval for the sale of the Assets, rather than requiring Consultant to file a subsequent fee application. Company agrees that Consultant can retain third parties to assist Consultant in this engagement; provided, however, all fees and costs related to such third parties shall be borne entirely by Consultant, and shall not be a liability of the Company or the bankruptcy estates and any such retention that involves the sharing of the Commission shall be subject to the appropriate disclosures in the Company's bankruptcy cases.

B. The "Engagement Term" shall begin immediately upon execution of this Agreement and shall terminate the later of (1) the payment of all fees and expenses due under this

Agreement following the closing of the Sale(s), and (2) twelve (12) months, unless extended in writing.

C. Consultant shall serve as the exclusive sales agent for the Assets and will be paid a commission of Two and One Half Percent (2.5%) of the gross proceeds of the Sales upon closing (the "Commission"). The Commission will be split on a 50/50 basis between Onyx Asset Advisors, LLC and Hilco Real Estate CA, Inc. The Commission shall be paid at the time of closing of the Sale. In the event that a senior secured creditor is declared the successful bidder by virtue of a credit bid, Consultant shall be entitled to its full Commission of Two and One Half Percent (2.5%) of the gross proceeds of the Sales upon closing (including any credit bid amount(s)), plus reimbursement of its Expenses (capped at $50,000). The Commission and all Expenses (up to the cap of $50,000) shall be an administrative expense against Company's estate without further application to or order of the Bankruptcy Court.

2. Consultant's Responsibilities. During the Engagement Term, Consultant shall:

A. Prepare marketing materials,including an offering memorandum, based upon information provided by the Company, describing the Assets being offered for sale as well as the proposed and/or established procedures and guidelines for any Sale.

B. Develop and implement a marketing plan and timetable, matched to available resources, to solicit qualified buyers and/or overbidders.

C. Provide qualified personnel necessary to supervise any Sale as determined by the Consultant, including (as needed) creation and management of a data room, information flow, solicitation of and negotiations with potential buyers.

D. Maintain frequent communication with the Company and its advisors and personnel to keep them abreast of strategy and timing, and to timely respond to all of the Company's requests for information about the Sale process.

E. Perform such other related services reasonably deemed by the Consultant to be required or prudent to facilitate any Sale.

F. Consultant shall endeavor to secure the highest amount obtainable for the Assets at the Sale but makes no guarantee of the price that will ultimately be obtained.

3. Company's Responsibilities. During the Engagement Term, the Company shall:

A. Provide Consultant with access to the Property to help facilitate the Sale.

B. Provide Consultant access to parties under its direction who are knowledgeable with respect to the Assets to help facilitate any Sale.

C. Maintain compliance in all material respects with all applicable local, state, and federal zoning, use, environmental and similar laws and regulations. Assets containing caustic or hazardous materials may be removed from any Sale at Consultant's discretion.

4. Expenses.

In addition to the Commission, Consultant shall be entitled to reimbursement by the Company for all reasonable fees and expenses incurred by Consultant including, without limitation, expenses of marketing, advertising, promotion and sales costs, economy travel and transportation, employee and other labor associated with project management oversight, and other costs and expenses associated with previewing and removing the Assets, and other miscellaneous costs and expenses, which expenses (the "Expenses") shall be capped at Fifty Thousand Dollars ($50,000.00). The Company agrees that all Expenses may be withheld from Sale proceeds. To the extent not withheld from Sale proceeds, Expenses shall otherwise be due and payable (a) at the closing of the Sale or (b) in the event the Assets do not sell during the Engagement Term, upon the expiration of the Engagement Term, to be allowed as an administrative expense claim.

5. Access.

A. Access to Premises. For the duration of the Engagement Term, the Company agrees to provide Consultant and its invitees, buyers and prospective purchasers, representatives, agents and independent contractors, subject to applicable law, reasonable access to, use of and the right to enter the Real Property locations to conduct due diligence, marketing and other Sale-related activities.

B. Security. Subject to the terms detailed herein, the Company shall ensure that the security features in place at the Real Property locations as of the date of this Agreement shall remain in place for the duration of the Engagement Term. Consultant shall comply with the Company's reasonable safety and security guidelines for the duration of Consultant's occupancy of the premises.

C. Hazardous Materials. Consultant shall have no obligation whatsoever to sell, make, store, handle, treat, dispose, generate, transport, remediate or remove any hazardous materials that may be located at the Real Property.

6. Sales Terms. Consultant will list and market the Assets for sale at a price to be determined in consultation with the Company after the updated tenant information is provided to Consultant. The Company shall cooperate with all of Consultant's reasonable requests to ensure Consultant has the information and access necessary to conduct any and all Sales in a commercially reasonable manner. The Assets shall be sold on an "AS IS, WHERE IS" and "WITH ALL FAULTS" basis, based solely on each buyer's own investigation of the Assets, without any representation or warranty whatsoever, including as to merchantability or fitness for a particular purpose.

7. Force Majeure. Acts of God, earthquakes, hurricanes, tornadoes, fires, flood, epidemics and quarantine restrictions, freight embargoes, strikes and work stoppages from any cause and acts of any government in its sovereign capacity shall excuse performance by all parties until the event is resolved and work may begin again, and the Engagement Term shall be extended accordingly but only with the mutual consent of all parties; assailing thieves or bandits, misconduct of any government or governmental employee, or intimidation or threats of violence against Consultant

shall permit the Consultant to withdraw absolutely and seek reimbursement of all its expenses; any other act that was beyond the reasonable control of the Company or the Consultant and which is without the fault or negligence of the Company or Consultant shall permit the Company or Consultant or both to declare this Agreement terminated, subject to reimbursement from proceeds then or imminently available.

8. Insurance and Risk of Loss. For the duration of the Engagement Term, the Company shall maintain, at its own expense, general liability, property and casualty insurance covering the Assets, and injuries to persons or Assets arising from the Assets or occurring at the Real Property, in each case in amounts that are commercially reasonable. The Company shall further name the Consultant as an additional insured under such insurance policies. The Company hereby waives on its own behalf and on behalf of its insurer all claims against the Consultant for any loss, damage or destruction of the Assets except to the extent caused by the Consultant's negligence or willful misconduct. The Company acknowledges that Consultant is conducting the Sales on behalf of the Company solely in the capacity of a Consultant and shall not be deemed to be in possession or control of the Assets. Except as expressly provided in this Agreement, Consultant does not assume any of the Company's obligations or liabilities with respect to the Assets. The Company and Consultant agree that the Company shall bear all responsibility for liability claims of customers, employees and other persons arising from events occurring at the Real Property during and after the Engagement Term, except to the extent any such claim arises directly from the acts or omissions of Consultant, or its supervisors or employees located at the Real Property. Consultant's maximum liability in connection with this Agreement, other than in the case of gross negligence or willful misconduct shall be limited to the amount received by Consultant as compensation under this Agreement.

9. Indemnification. The Company shall cause the estate to indemnify and hold harmless Consultant, its affiliates, employees, consultants, representatives and independent contractors from and against, and agree to pay or cause to be paid to the Consultant, all claims, demands, penalties, losses, liabilities or damages of whatever kind, including, without limitation, reasonable attorneys' fees and expenses and the cost of enforcing a right to indemnification hereunder and the cost of pursuing any insurance providers ("Damages") arising from or related to: (a) a material breach of or failure to comply with any of the Company's representations, warranties, agreements or covenants contained herein; and (b) the negligence, willful misconduct or unlawful conduct of the Company or any of its employees, consultants or representatives.

10. Representations and Warranties. Subject to Bankruptcy Court approval, the Company has all right, power and authority to execute and deliver this Agreement, engage the Consultant hereunder, sell and control all aspects of the Sale of the Assets, perform fully its obligations hereunder, convey good and marketable title to the Assets to purchasers of the Assets in any and all Sales arranged by the Consultant, in all cases free and clear of all liens, claims, encumbrances and interests.

11. Assignment. Except as agreed under section 1(A) above, Consultant will not assign or delegate any portion or all of its rights or responsibilities under this Agreement without the prior written consent of the Company. This Agreement will be binding upon and inure to the benefit of the parties and their respective successors and permitted assigns.

12. Miscellaneous. All representations, warranties, covenants and agreements made by the parties hereto shall be continuing, shall be considered to have been relied upon by the parties and shall survive the execution, delivery and performance of this Agreement. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all counterparts shall be constituted as one Agreement. The parties hereby agree that this Agreement shall be construed, enforced and governed by the Bankruptcy Code and the laws of the State of California. Regardless of any prior writings or communications, this Agreement constitutes the entire agreement among the parties and is exclusively for the benefit of Consultant and the Company, and no party, other than Consultant or the Company, shall be entitled to pursue any action or seek any remedy arising out of, resulting from, or in any way connected with this Agreement or the transactions contemplated herein. Each party by signing this Agreement hereby warrants and represents that the signatory is duly authorized to sign this Agreement on behalf of the Company or Consultant intending it to be legally bound by the terms and conditions hereof.

13. Disputes. Any litigation concerning this Agreement shall be subject to the exclusive jurisdiction of the Bankruptcy Court.

If you agree to the foregoing, please execute a copy of this Agreement and return it to us, whereby it will be the binding agreement of the parties as of the date of the Bankruptcy Court approves it.

Sincerely,

**Consultant:**

**Onyx Asset Advisors, LLC**

By: ______________________________

Name: K. Kevin Otus
Title: Managing Partner

**Hilco Real Estate CA, Inc.**

By: ______________________________

Name: Jeff Azuse
Title: Executive Director

**Howard Grobstein, as Manager of both**
**Pro Temecula Town Center, LLC and Ynez Shops, LLC**

By: ______________________________

Name: Howard Grobstein
Title: Manager Pro Temecula Town Center, LLC - Case No. 8:26-bk-10694-SC
Ynez Shops, LLC - Case No. 8:26-bk-10693-SC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS' APPLICATION TO EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE CA, INC. AS SALES AGENTS AND BROKER PURSUANT TO 11 U.S.C. §§ 327(A) AND 328; STATEMENTS OF DISINTERESTEDNESS; AND DECLARATION OF HOWARD GROBSTEIN IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 11, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 11, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 11, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **John Bistritz** jack.bistritz@afslaw.com
- **Matthew Bouslog** mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **Martin P Eramo** MPEramo@aol.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Rachael Tamiko Gonzales** rachael.gonzales@saul.com, hannah.richmond@saul.com;litigationdocketing@saul.com;rachael.gonzales@ecf.courtdrive.com
- **Golsa Honarfar** ghonarfar@rutan.com, dmircheff@rutan.com
- **Alphamorlai Lamine Kebeh** mkebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Mathias D Maciejewski** mathias@robhana.com, arbi.abrami@fnf.com
- **Mathias D Maciejewski** mathias.esq@gmail.com, arbi.abrami@fnf.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Annie Y Stoops** annie.stoops@afslaw.com, yvonne.li@afslaw.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com