**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Ynez Shops, LLC and Pro Temecula Town Center, LLC, Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

YNEZ SHOPS, LLC, *et al.*

Debtors-in-Possession.

Affects:

☒ All Debtors
☐ Ynez Shops, LLC Only
☐ Pro Temecula Town Center, LLC Only

Case No. 8:26-bk-10693-SC

Chapter 11

Jointly Administered with:
Case No. 8:26-bk-10694-SC

**NOTICE OF DEBTORS' APPLICATION TO EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE CA, INC. AS SALES AGENTS AND BROKER PURSUANT TO 11 U.S.C. §§ 327(A) AND 328 AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Ynez Shops, LLC ("**Ynez**"), and Pro Temecula Town Center, LLC ("**Pro Temecula**" and, together with Ynez, the "**Debtors**"), the debtors-in-possession, have filed an application (the "**Applicatio**") to employ Onyx Asset Advisors, Inc. ("**Onyx**"), and Hilco Real Estate CA, Inc. ("**Hilco**") as their sales agents and broker (together, the "**Sales Agents**") pursuant to 11 U.S.C. §§ 327(a) and 328 to market and sell the real property owned by the Debtors. A summary of the relief sought is as follows:

**BACKGROUND**

On March 3, 2026 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned cases. The Debtors are operating as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in either case and no official committees have been appointed or designated. On April 15, 2026, Raines Feldman Littrell LLP substituted in as counsel for the Debtors. The Debtors have since appointed Howard Grobstein as their managers. Henkin Investor Group, LLC, is the Debtors' sole member.

These are single asset real estate cases involving a retail shopping center located at Ynez Road and Rancho California Road in Temecula, California known as the Temecula Town Center. Pro Temecula owns the following four parcels (the "**Pro Temecula Property**"): (1) 29560 Rancho California Rd. #100; (2) 29720 Rancho California Rd.; (3) 27560 Ynez Rd.; and (4) 27536 Ynez Rd. Ynez owns the following five parcels (the "**Ynez Property**"): (1) 29640 Rancho California Rd.; (2) 27648 Ynez Rd; (3) 27644 Ynez Rd; (4) 27576 Ynez Rd; and (5) 27520 Ynez Rd. four of the parcels and Ynez Shops, LLC, owns the others. Together, the Pro Temecula Property and the Ynez Property are referred to in the Application as the "**Property**."

As of the Petition Date, Nano Banc holds a lien against the Pro Temecula Property to secure a loan in the approximate amount of $34.95 million and a lien against the Ynez Property to secure a loan in the amount of approximately $24.2 million. There are also defaulted property taxes. The Debtors intend to sell the Property to a single buyer and, if sold in that manner, the Sales Agents estimate that the range of value for the Pro Temecula Property is from $37 million to $45 million and for the Ynez Property is $22.7 million to $26.4 million.

**PROPOSED EMPLOYMENT AND THE SALES AGENTS' QUALIFICATIONS**

**A. Proposed Terms of Employment of the Sales Agents**

The terms of the Sales Agents' engagement are as set forth in the Exclusive Sale Consultant Agreement attached to the Application as **Exhibit 2** (the "**Sale Agreement**"). The Sales Agents will have the exclusive right to sell the Property for a period of twelve months, subject to extension by written agreement. Any commission payable under the Sale Agreement shall be due and payable only upon the closing of a sale of the Property. The Sales Agents will receive a listing-side commission of two and one-half percent (2.5%) of the gross sale price, paid through escrow at closing. The gross sale price includes any credit bid by Nano Banc should it elect to do so. The commission payable to the Sales Agents will be split equally between them. In addition, the Sales Agents will receive an expense reimbursement of up to $50,000.00 for reasonable and documented expenses in connection with the marketing and sale of the Property. The expenses will not exceed $50,000.00 absent approval by the Debtors. If the Property is not sold or if the Sales Agents are replaced, the Sales Agents will be entitled to reimbursement for the expenses incurred. The terms and

conditions of the Sale Agreement were negotiated by the Debtors and the Sales Agents at arm's length and in good faith, and the Debtors believe that the compensation to the Sales Agents in the present case appropriately reflects the nature and scope of the services to be provided by the Sales Agents and is reasonable and consistent with the terms available in the marketplace.

The Debtors recognize that in the ordinary course of their business, the Sales Agents do not record the time spent by their professionals on specific tasks or projects, and the compensation provided under the Sale Agreement is not tied to the total time spent by the Sales Agents' professionals providing services to the Debtors. Consequently, the Debtors request that the Sales Agents be excused from any obligation to maintain or file time records in this case and the obligation to file a fee application to obtain payment, with the understanding that the transaction on which the Sales Agents' commission will be based remains subject to approval by the Bankruptcy Court.

The Sales Agents went to market on September 3, 2026, and are currently expecting to solicit bids by October 1, 2026, in order to identify a stalking horse purchaser. Once that party is identified, the Debtors will seek approval of bid procedures to ensure that they receive the highest and best bid for the Property.

**B. The Sales Agents' Qualifications**

The Debtors seeks to retain two teams who have experience working together. The team for Onyx Asset Advisors has a substantial depth of experience with sales in the bankruptcy context, which differ from traditional sales because of the limited representations and warranties that can be given, the overbid and auction process, and the need for Court approval of a sale. Onyx will handle the insolvency-related aspects of the sale transaction, and Hilco will utilize its expertise in retail properties, although its team also has experience with bankruptcy sales. Together, they have recently been involved in the Oceanwide Plaza case, the sale of an office building in Los Angeles, and a 77-unit mixed use building in a receivership. Hilco, which holds the broker's license, has been involved in a number of retail development projects, including Coral Grove in Cape Coral, Florida, Canyons Village in Park City, and The Plaza in Dallas, Texas. The Debtors benefit because each of the teams has their own databases, so the Property will be widely exposed to the market.

**1. Onyx Asset Advisors**

Kevin Otus is the managing partner of Onyx Asset Advisors and has more than thirty-five years of experience in the asset disposition, advisory, and valuation sectors. Paul Buie is the managing director of Onyx and works closely with fiduciaries in distressed situations, helping them monetize a range of assets, including real estate.

**2. Hilco Real Estate**

The Hilco team will be led by Jeff Azuse, Executive Vice President, and Jeff Hubbard, a Managing Director and supported by Senior Director Katie Decoste, and Director Christian Koulichkov. Together, they bring a significant bench of experience, including in the retail sector.

**FOR FURTHER INFORMATION,** please see the Application, which is available from the Court or by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE that any opposition to the Application and request for a hearing must be filed with the Court and served on the Office of the United States Trustee and counsel for the Debtors no later than fourteen days from service of this Notice if you were served electronically, with an additional three days added if you were served by mail. Pursuant to the Local Bankruptcy Rules, failure to timely object and request a hearing may be deemed by the Court to be consent to the granting of the relief sought in the Application.**

Respectfully submitted,

Dated: September 11, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Attorneys for Pro Temecula Town Center, LLC, and Ynez Shops LLC, Debtors-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS' APPLICATION TO EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE CA, INC. AS SALES AGENTS AND BROKER PURSUANT TO 11 U.S.C. §§ 327(A) AND 328; STATEMENTS OF DISINTERESTEDNESS; AND DECLARATION OF HOWARD GROBSTEIN IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 11, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **September 11, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 11, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 11, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **John Bistritz** jack.bistritz@afslaw.com
- **Matthew Bouslog** mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **Martin P Eramo** MPEramo@aol.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Rachael Tamiko Gonzales** rachael.gonzales@saul.com, hannah.richmond@saul.com;litigationdocketing@saul.com;rachael.gonzales@ecf.courtdrive.com
- **Golsa Honarfar** ghonarfar@rutan.com, dmircheff@rutan.com
- **Alphamorlai Lamine Kebeh** mkebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Mathias D Maciejewski** mathias@robhana.com, arbi.abrami@fnf.com
- **Mathias D Maciejewski** mathias.esq@gmail.com, arbi.abrami@fnf.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Annie Y Stoops** annie.stoops@afslaw.com, yvonne.li@afslaw.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

***20 Largest Unsecured Creditors (Consolidated)***
*Ynez Shops LLC*
*Case No. 8:26-10693-SC*
*Pro Temecula Town Center, LLC*
*Case No. 8:26-10694-SC*

Joses Nuevo Landscaping LLC
3857 Birch Street 209
Newport Beach, CA 92660

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

City of Temecula- Finance Department
41000 Main Street
Temecula, CA 92590

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-9952

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

American Jetting Services
P.O Box 1699
Ontario, CA 91762

Moises Camacho
5590 W. Mission Blvd.
Ontario, CA 91762

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056

Ontario Refrigeration Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762

ABM Electrical & Lighting
Solutions, Inc
P.O. Box 52609
Los Angeles, CA 90074-2609

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503

Newmark of Southern California, Incl.
Lockbox #741305
2706 Media Center Drive
Los Angeles, CA 90065

Pacific Rim Mechanical
9125 Rehco Road
San Diego, CA 92121

American Jetting Services
P.O Box 1699
Ontario, CA 91762

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805

Murrieta Lock & Key
40224 Buckwood Way
Murrieta, CA 92562

Rancho California Water District
PO Box 512687
Los Angeles, CA 90051-0687