**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Ynez Shops, LLC and Pro Temecula Town Center, LLC, Debtors-in-Possession

FILED & ENTERED

OCT 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>YNEZ SHOPS, LLC, *et al.*<br><br>Debtors-in-Possession. | Case No. 8:26-bk-10693-SC<br><br>Chapter 11<br><br>Jointly Administered with:<br>Case No. 8:26-bk-10694-SC |
| Affects:<br>☒ All Debtors<br>☐ Ynez Shops, LLC Only<br>☐ Pro Temecula Town Center, LLC Only | **ORDER GRANTING MOTION TO FURTHER AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND FOR AN EXTENSION OF THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

The Court having reviewed the *Motion to Further Amend Scheduling Order Regarding Deadline to File a Disclosure Statement and Plan and for an Extension of the Exclusivity Periods of 11 U.S.C. § 1121* [Dkt. 132] (the "**Motion**") filed by Ynez Shops, LLC ("**Ynez**"), and Pro Temecula Town Center, LLC ("**Pro Temecula**" and, together with Ynez, the "**Debtors**"), and the Court having found that the notice of the Motion and Motion were proper and that cause exists to approve the Motion,

**IT IS ORDERED AS FOLLOWS:**

1. The Motion is GRANTED;

2. The Scheduling Orders are amended to provide that the Debtors shall file their disclosure statements and plans on or before December 28, 2026, subject to further extension for cause shown; and

3. The deadlines in 11 U.S.C. § 1121(d) are extended by ninety (90) days, to December 28, 2026, and March 1, 2026, respectively.

###

Date: October 19, 2026

Scott C. Clarkson
United States Bankruptcy Judge